1   Colin H. Murray, State Bar No. 159142
    colin.murray@bakermckenzie.com
2   Christina M. Wong, State Bar No. 288171
    christina.wong@bakermckenzie.com
3   **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4   San Francisco, CA  94111-3802
    Telephone:     +1 415 576 3000
5   Facsimile:     +1 415 576 3099

6   Teresa H. Michaud (*pro hac vice*)
    teresa.michaud@bakermckenzie.com
7   **BAKER & McKENZIE LLP**
    2001 Ross Ave., #2300
8   Dallas, TX 75201
    Telephone: +1 214 978 3000
9   Facsimile:  +1 214 978 3099

10  Attorneys for Defendant
    SOUTHWEST AIRLINES CO.

11

12

Todd D. Carpenter, State Bar No. 234464
Todd@Carpenterlawyers.com
**CARPENTER LAW GROUP**
432 West Broadway, 29th Floor
San Diego, CA  92101
Telephone: +1 619-347-3517
Facsimile:   +1 619-756-6990

Attorneys for Plaintiff
JAMIE LUMOS on behalf of herself and
others similarly situated

Eric A. Grover, State Bar No. 136080
eagrover@kellergrover.com
KELLER GROVER LLP
1965 Market Street
San Francisco, CA  94103
Telephone:  +1 415 543 1305
Facsimile:   +1 415 543 7861

Attorneys for Plaintiff
ROBERT MILLER on behalf of himself
and all others similarly situated

13              UNITED STATES DISTRICT COURT

14       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

15  ROBERT MILLER, on behalf of himself and all
    others similarly situated,

16

17                  Plaintiff,

18      v.

19  SOUTHWEST AIRLINES CO., a Texas
    corporation; and DOES 1 through 10,

20                  Defendants.

21

22

23  JAMIE LUMOS on behalf of herself and all
    others similarly situated,

24                  Plaintiff,

25      v.

26  SOUTHWEST AIRLINES CO., a Texas
    corporation; and DOES 1 through 20, inclusive,

27                  Defendants.

28

**Case No. C-12-05978-CRB**
**Case No. C-13-01429-CRB**

**CLASS ACTIONS -**
**Consolidated for Discovery Purposes Only**

**STIPULATION AND ORDER TO**
**CONTINUE THE CASE MANAGEMENT**
**CONFERENCE OF MAY 10, 2013**

Date:         May 10, 2013
Time:         8:30 a.m.
Courtroom: 6, 17th Floor
Before:       The Hon. Charles R. Breyer

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

726002-v1

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## **STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Miller and Jamie Lumos ("Plaintiffs") and Defendant Southwest Airlines Co. ("Defendant") (collectively the "Parties") in the above-captioned cases, by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, during the Case Management Conference held on April 29, 2013, the Court set the next Case Management Conference for May 10, 2013;

WHEREAS, during the April 29, 2013 Case Management Conference, the Court suggested that counsel explore an early resolution of the above-captioned cases;

WHEREAS, following the April 29, 2013 Case Management Conference, the Parties met and conferred and agreed to pursue an early resolution of this dispute in the two captioned cases through private mediation;

WHEREAS, the Parties are jointly recommending the Court continue the May 10, 2013 Case Management Conference for at least 90 days so that the Parties may concentrate their efforts exclusively on settlement;

WHEREAS, the Parties are jointly requesting the Court stay all proceedings and discovery between the Parties until the next Case Management Conference, pending the outcome of the mediation;

WHEREAS, the Parties have agreed to report back to the Court promptly upon conclusion of the mediation to notify the Court of the status of their settlement negotiations.

**IT IS HEREBY STIPULATED AND AGREED** between the Parties as follows:

1.  The Parties have agreed to mediation of the above-captioned cases within the next 90 days, the Case Management Conference, presently set for May 10, 2013, shall be rescheduled by the Court to a date at least 90 days from that date;

2.  All proceedings and discovery between the Parties shall be stayed until the new Case Management Conference date;

3.  Upon the selection and scheduling of the mediation, the Parties shall provide that information to the Court; and

1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

726002-v1

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

726002-v1

Case3:13-cv-01429-CRB   Document17   Filed05/09/13   Page3 of 4

4.      Upon completion of the mediation, the Parties shall report back to the Court with the status of their settlement negotiations.

**IT IS SO STIPULATED.**

Dated:      May 6, 2013                    Respectfully submitted,

                                          **BAKER & McKENZIE LLP**
                                          Colin H. Murray
                                          Christina M. Wong
                                          Teresa H. Michaud


                                          By: /s/ Colin H. Murray
                                          _____
                                                  Colin H. Murray

                                          Attorneys for Defendant
                                          SOUTHWEST AIRLINES CO.

Dated:      May 6, 2013                    **CARPENTER LAW GROUP**
                                          Todd D. Carpenter


                                          By: /s/ Todd D. Carpenter
                                          _____
                                                  Todd D. Carpenter

                                          Attorneys for Plaintiff
                                          JAMIE LUMOS
                                          on behalf of herself and others similarly situated.

Dated:      May 6, 2013                    **KELLER GROVER LLP**
                                          Eric A. Grover


                                          By: /s/ Eric Grover
                                          _____
                                                  Eric A. Grover

                                          Attorneys for Plaintiff
                                          ROBERT MILLER
                                          on behalf of himself and others similarly situated.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

2

CASE NO. C-12-05978-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1

## **ATTESTATION**

2

I, Colin H. Murray, attest that I am one of the attorneys for Defendant Southwest Airlines

3

Co., and as the ECF user and filer of this document, I attest that concurrence in the filing of this

4

document has been obtained from its signatories.

5

I further attest that I have on file all holographic signatures corresponding to any signatures

6

indicated by a conformed signature (/s/) within this e-filed document.

7

8

Dated: May 6, 2013                                        /s/ Colin H. Murray

9                                                                            Colin H. Murray

10

11

12

## **ORDER**

13

14

PURSUANT TO THE STIPULATION, the following is ORDERED:

15

1.      The Case Management Conference, presently set for May 10, 2013, shall be

16

rescheduled by the Court to  August 16, 2013 at 8:30 a.m.;

17

2.      The Parties shall inform the Court of the mediator selected and the mediation date

18

by May 20, 2013;

19

2.      All proceedings and discovery between the Parties shall be stayed until the day after

20

the next Case Management Conference; and

21

3.      Within five court days of the completion of the mediation, the Parties shall report

22

back to the Court with the status of their settlement negotiations.

23

24

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

25

26

Date:  May 8, 2013

27

The Honorable Ch[...]
United States D[...]

IT IS SO ORDERED

Judge Charles R. Breyer

28

3

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

726002-v1

CASE NO. C-12-02078-CRB and C-13-01429-CRB
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE