```
 1  ERIC A. GROVER (SBN 136080)
    eagrover@kellergrover.com
 2  KELLER GROVER LLP
    1965 Market Street
 3  San Francisco, California 94103
    Telephone:   (415) 543-1305
 4  Facsimile:   (415) 543-7861

 5  Attorneys for Plaintiff
    ROBERT MILLER on behalf of himself and
 6  others similarly situated

 7  TODD D. CARPENTER (SBN 234464)
    todd@carpenterlawyers.com
 8  CARPENTER LAW GROUP
    432 West Broadway, 29th Floor
 9  San Diego, CA  92101
    Telephone:   (619) 347-3517
10  Facsimile:   (619) 756-6990

11  Attorneys for Plaintiff
    JAMIE LUMOS on behalf of herself and
12  others similarly situated
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB<br><br>CLASS ACTIONS<br><br>CONSOLIDATED FOR DISCOVERY PURPOSES ONLY<br><br>**DECLARATION OF DANIEL F. GAINES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:<br>Time:  10:00 a.m.<br>Ctrm:  6, 17th Floor<br>Judge: The Hon. Charles R. Breyer |
| JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | |

I, DANIEL F. GAINES, hereby declare and state as follows:

1. I am an attorney duly admitted to the practice of law in the State of California. I am a shareholder of Gaines & Gaines, APLC, counsel for Plaintiff Robert Miller and proposed Class Counsel in this action. I have personal knowledge of the facts set forth herein and if called as a witness to testify to them, I could and would do so competently.

**Class Counsel's Experience and Recommendation**

2. I obtained my BS degree from the University California at Berkeley in 2003. I majored in Business Administration at the Haas School of Business.

3. Thereafter, I attended the University of Virginia School of Law. At Virginia, I was a member of the editorial board of the Virginia Tax Review. I was also the recipient of the Lacy Armour Scholarship, awarded to recognize academic excellence. At Virginia, I focused my studies on tax and real estate. I earned my JD and became a member of the California Bar in 2007.

4. Since becoming a member of the Bar, I have practiced law with my partner/father, Kenneth, at Gaines & Gaines, APLC. Our practice specializes in litigation, with an emphasis in employment, privacy, and consumer class action matters like this one.

5. My firm has participated, as lead counsel and co-lead counsel, in dozens of class action matters, including the following:

> *Adams v. Newell Rubbermaid, et. al.*
>> USDC-CD Case No. EDCV 08-1499 JTM (CTx)
>
> *Agredano v. GS Brothers, Inc.*
>> Los Angeles Superior Court, Case No. BC445561
>
> *Burgess, et. al. v. Strategic Retail Solutions, LLC*
>> Los Angeles County Superior Court Case No. BC413791
>
> *Church v. GameStop, Inc., et. al.*
>> USDC-CD Case No. 11-CV-00132-VAP-RZ

GAINES DECL ISO MOTION FOR PRELIMINARY APPROVAL — - 1 - — CASE NO. C-12-5978-CRB

*Cortellessa v. Dotnext, Inc.*
    Alameda County Superior Court Case No. RG09429971

*Dorsette v. TA Operating, LLC*
    USDC-CD Case No. EDCV 09-1350 PA (RZx)

*Edwards v. Trans World Entertainment Corp.*
    San Diego Superior Court, Case No. 37-2010-00095123-CU-OE CTL

*Flores v. Cintas Corporation, et. al.*
    Los Angeles County Superior Court Case No. BC400422

*Gomez v. Pizza Hut of Southeast Kansas, Inc.*
    San Bernardino Superior Court Case No.CIVVS900679

*Jolin v. Bay Cities Recovery, Inc.*
    El Dorado Superior Court, Case No. PC20100458

*Mitchell v. Crossmark, Inc. et al.*
    USDC-CD, Case No. CV 11-2818-JAK (FMOx)

*Perry v. Cardinal Health 200, LLC*
    Solano Superior Court, Case No. FCS035303

*Sabatier, et al. v. Picture Perfect Installation, Inc., et al.*
    Riverside Superior Court, Case No. RIC10004953

*Sanchez v. Don Roberto Jewelers, Inc.*
    Imperial County Superior Court, Case No. ECU06819

*Schrader, et. al. v. Adidas Promotional Retail Operations, Inc.*
    Los Angeles County Superior Court Case No. BC414168

*Skuro v. BMW of North America, LLC, et al.*
    USDC-CD, Case No.: CV 10-8672-GW (FFMx)

*Solowitz; Shanbrom v. BakeMark USA LLC*
    Los Angeles Superior Court, Case No. BC467838

*Stevenson v. Harvest Management Sub LLC, et al.*

    Ventura County Superior Court, Case No. 56-2011-00397420-CU-OE-SIM

*Tigas v. Ajilon Communications*

    Los Angeles County Superior Court Case No. BC409737

*Williams v. Closet World, Inc.*

    Los Angeles County Superior Court Case No. BC400178

6. Based on my own investigation and evaluation, I am of the opinion that the Settlement, its allocation among Class Members, and the recovery for each Class Member, is fair and reasonable. I believe I have a strong understanding of the trends in both the likelihood of certification of FACTA class action cases and the value of settlements of cases such as this one. My opinion takes into consideration the amounts received in other similar class actions, the risks inherent in litigation of this genre, and the reasonable tailoring of each Class Member's claim to the amount received in settlement. Based on that knowledge, I am of the opinion the settlement is fair, reasonable and adequate and is in the best interests of the Class.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this 10th day of September, 2013 at Woodland Hills, California.

DANIEL F. GAINES