ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:    (415) 543-7861

*Attorneys for Plaintiff*
ROBERT MILLER on behalf of himself and others similarly situated

TODD D. CARPENTER (SBN 234464)
todd@carpenterlawyers.com
**CARPENTER LAW GROUP**
432 West Broadway, 29th Floor
San Diego, CA  92101
Telephone:   (619) 347-3517
Facsimile:    (619) 756-6990

*Attorneys for Plaintiff*
JAMIE LUMOS on behalf of herself and others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB<br><br>CLASS ACTIONS<br><br>CONSOLIDATED FOR DISCOVERY PURPOSES ONLY<br><br><br>**DECLARATION OF TODD D. CARPENTER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:<br>Time:  10:00 a.m.<br>Ctrm:  6, 17th Floor<br>Judge: The Hon. Charles R. Breyer |
| JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | |

I, Todd D. Carpenter, hereby declare as follows:

1. I am an attorney at law, licensed to practice before all courts in the State of California and I am the founder and owner of Carpenter Law Group. I started Carpenter Law Group on January 1, 2013. Prior to starting Carpenter Law Group, I was first an associate (beginning in September of 2005) and then a shareholder (October, 2011) at the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C., a Phoenix-based law firm specializing in complex litigation.

2. I have personal knowledge of the facts stated in this declaration except as to those facts stated on information and belief or those facts, which I otherwise believe to be true. If called as a witness I could and would competently testify to the matters stated herein.

3. On October 17, 2012, Plaintiff Robert Miller brought a putative class action against Defendant Southwest Airlines Co. ("Defendant" or "Southwest") captioned *Miller v. Southwest Airlines Co.*, No. RG12652437, in Alameda County Superior Court (the "First Action"). Defendant removed the First Action to the United States District Court for the Northern District of California on November 26, 2012, where it was assigned Case No. 3:12-cv-5978-CRB.

4. On February 12, 2013, Plaintiff Jamie Lumos brought a putative action (the "Second Action") captioned *Lumos v. Southwest Airlines Co.*, United States District Court for the Southern District of California Case No. 3:13-cv-0342-JLS-BGS, against Defendant. On March 25, 2013, the Second Action was transferred to the United States District Court for the Northern District of California and assigned Case No. 3:13-cv-1429-CRB.

5. On April 26, 2013, the Court ordered the First and Second Actions consolidated for discovery purposes.

6. To date, Plaintiff Lumos has dutifully fulfilled her obligations as a Class Representative. Plaintiff has met with Counsel prior to the filing of this lawsuit, and she evaluated the action prior to its inception. Plaintiff has remained informed as to the prosecution of the lawsuit, including, the preparation of discovery, the meet and confer process regarding the initial discovery and the mediation which led the proposed resolution of this matter.

7. During the course of my career I have taken and defended over 100 depositions in personal injury, complex and class action cases. I have successfully participated in mediations

1  resulting in more than $50,000,000 in settlements or awards in class action cases. I have drafted,
2  filed, and argued multiple motions in complex consumer class actions, including all forms of
3  discovery, dispositive and certification motions. My practice focuses exclusively on consumer class
4  action and complex litigation, representing plaintiff classes in major insurance fraud, unfair business
5  practices, false and deceptive advertising, product liability cases and anti-trust violations. I have
6  represented plaintiffs in numerous class action proceedings in California and throughout the country,
7  in both state and federal courts. I have represented thousands of purchasers of consumer products,
8  food, food supplements and over the counter drugs in state and federal courts throughout the United
9  States in cases arising out of various false advertising claims made by manufacturers and retailers,
10 including: Proctor & Gamble, General Mills, Bayer, Clorox, WD-40, Dean Foods, Botanical
11 Laboratories, Inc. and Pharmavite. I was also counsel of record at my prior firm in the MDL
12 proceeding, *In re: Hydroxycut Marketing and Sales Practices Litigation*, No. 09-02087 (S.D. Cal.),
13 wherein my previous firm was designated as co-lead counsel for the class. I am also presently
14 counsel of record in a similar "FACTA" case pending against Hugo Boss, U.S.A. Inc. in the
15 Southern District of California; *Travis Benware v. Hugo Boss, U.S.A., Inc., Case No. 3:12-cv-01527-
16 L-MDD* (pending preliminary approval).

17    8.    I have represented thousands of consumer credit card holders against several major
18 retailers arising from violations of the Song-Beverly Credit Card Act section 1747.08. I have also
19 represented thousands of consumer debit card holders against major commercial banks, including
20 assuming a leadership role in In re: Checking Account Overdraft Litigation, *Larsen v. Union Bank*
21 and *Dee v. Bank of the West*, MDL No. 2036 (S.D. Fl.).  I have filed similar actions against several
22 other banks and credit unions across the country, alleging that each institution manipulated the
23 processing of customer debit card purchases to maximize overdraft fees, including actions against
24 Northwest Savings Bank, (*Toth v. Northwest Savings Bank*, Case No. GD-12-8014, In the Court of
25 Common Pleas of Allegheny County, Pittsburgh, Pennsylvania), Pinnacle National Bank (*John
26 Higgins v. Pinnacle Bank,* Case No. 11-C4858, in the Circuit Court for the State of Tennessee,
27 Twentieth Judicial District in Nashville) and Mission Federal Credit Union (*Taylor v. Mission*
28

*Federal Credit Union*, Case No. 37-2012-00092073-CU-BT-CTL, San Diego Superior Court, Department 75, San Diego, California).

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

DATED:   September 10, 2013

<u>/s/ *Todd D. Carpenter*</u>
Todd D. Carpenter