# EXHIBIT B

# Keller Grover LLP
## Transactions by Account
### All Transactions

| Date | Name | Memo | Account | Class | Paid Amount |
|------|------|------|---------|-------|-------------|
| **Southwest** | | | | | |
| 06/23/2013 | FedEx | 796032020069 | 1910 · $FedEx | Southwest | 50.47 |
| 10/15/2013 | One Legal, Inc. | 1610791 | 1913 · $Filing & Court Fees | Southwest | 25.95 |
| 10/15/2013 | One Legal, Inc. | 1610792 | 1913 · $Filing & Court Fees | Southwest | 25.95 |
| 11/12/2013 | One Legal, Inc. | 1612351 | 1913 · $Filing & Court Fees | Southwest | 25.95 |
| 05/17/2013 | Southwest Air | | 1920 · $Airfare | Southwest | 501.80 |
| 05/19/2013 | Westin Hotels | | 1926 · $Hotel | Southwest | 196.99 |
| 06/27/2013 | Westin Hotels | Internet Access | 1926 · $Hotel | Southwest | 22.90 |
| 04/03/2013 | Chow Church | | 1936 · $Meals | Southwest | 38.11 |
| 04/21/2013 | Chow Church | | 1936 · $Meals | Southwest | 20.41 |
| 05/24/2013 | Chow Church | | 1936 · $Meals | Southwest | 37.78 |
| 08/28/2013 | Eric A. Grover | | 1936 · $Meals | Southwest | 3.22 |
| 03/03/2013 | UC Hastings Parking | | 1944 · $Parking | Southwest | 7.00 |
| 04/28/2013 | UC Hastings Parking | | 1944 · $Parking | Southwest | 7.00 |
| 06/27/2013 | Oakland Int'l Air | | 1944 · $Parking | Southwest | 72.00 |
| 10/13/2013 | UC Hastings Parking | | 1944 · $Parking | Southwest | 3.00 |
| 01/25/2014 | | Keller Grover Copy/Scan Costs 809 x .20 | 1952 · $Photocopies | Southwest | 161.80 |
| 12/01/2013 | | Postage Allocation 10/31/2013 | 1956 · $Postage | Southwest | 3.44 |
| 04/01/2013 | Thomson West | | 1960 · $Research | Southwest | 20.70 |
| 05/05/2013 | Pacer Service Center | | 1960 · $Research | Southwest | 22.30 |
| 05/01/2013 | Thomson West | | 1960 · $Research | Southwest | 478.65 |
| 07/01/2013 | Thomson West | | 1960 · $Research | Southwest | 54.89 |
| 08/13/2013 | Pacer Service Center | | 1960 · $Research | Southwest | 158.60 |
| 06/25/2013 | First Record Retrieval | 27389-01-01 | 1960 · $Research | Southwest | 269.40 |
| 10/01/2013 | Thomson West | | 1960 · $Research | Southwest | 15.77 |
| 11/06/2013 | Pacer Service Center | | 1960 · $Research | Southwest | 39.80 |
| 05/15/2013 | First Legal Network LLC | 284171 Subpoena Services | 1964 · $Service Fee | Southwest | 452.51 |
| 08/28/2013 | Eric A. Grover | | 1966 · $Taxi | Southwest | 40.00 |
| 05/20/2013 | Judicate West | 313808 | 1977 · $Mediation Fee | Southwest | 4,515.00 |
| 06/25/2013 | Judicate West | 315940 | 1977 · $Mediation Fee | Southwest | 540.00 |
| **Total Southwest** | | | | | **7,811.39** |
| **TOTAL   As of 01/25/2014** | | | | | **7,811.39** |