ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:    (415) 543-7861

*Attorneys for Plaintiff*
ROBERT MILLER on behalf of himself and others similarly situated

TODD D. CARPENTER (SBN 234464)
todd@carpenterlawyers.com
**CARPENTER LAW GROUP**
432 West Broadway, 29th Floor
San Diego, CA  92101
Telephone:   (619) 347-3517
Facsimile:    (619) 756-6990

*Attorneys for Plaintiff*
JAMIE LUMOS on behalf of herself and others similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB<br><br>CLASS ACTIONS<br><br>CONSOLIDATED FOR DISCOVERY PURPOSES ONLY<br><br>**DECLARATION OF DANIELF F. GAINES IN SUPPORT OF MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVES' ENHANCEMENTS AND CLAIMS ADMINISTRATOR'S FEES** |
| JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Date:   March 14, 2014<br>Time:   10:00 a.m.<br>Ctrm:   6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

I, DANIEL F. GAINES, declare as follows:

1. I am an attorney duly admitted to the practice of law in the State of California. I am a shareholder of Gaines & Gaines, APLC, co-counsel for Plaintiff ROBERT MILLER ("Plaintiff") and Class Counsel in this action. I have personal knowledge of the facts set forth herein and if called as a witness to testify to them, could and would do so competently.

**Class Counsel's Experience:**

2. I obtained my BS degree from the University California at Berkeley in 2003. I majored in Business Administration at the Haas School of Business.

3. Thereafter, I attended the University of Virginia School of Law. At Virginia, I was a member of the editorial board of the Virginia Tax Review. I was also the recipient of the Lacy Armour Scholarship, awarded to recognize academic excellence. At Virginia, I focused my studies on tax and real estate. I earned my JD and became a member of the California Bar in 2007.

4. Since becoming a member of the Bar, I have practiced law with my partner/father, Kenneth, at Gaines & Gaines, APLC. Our practice specializes in litigation, with an emphasis in business, real estate, employment, and consumer disputes like this one. Over 75% of my practice is devoted to complex litigation similar to the instant action.

5. My firm has represented consumers in complex matters such as this one. I have participated in and have been certified as class counsel in dozens of class action matters since my admission to the Bar. A list of the cases in which I have been appointed as class counsel is attached hereto as **Exhibit A**.

6. Based on my years of experience and my own independent investigation and evaluation, I am of the opinion that the recovery for each settlement Class Member is on very fair, reasonable, and adequate terms. I am familiar with class action settlements involving FACTA claims similar to those at issue in this lawsuit. Based on my extensive experience, I am of the opinion that the settlement reached here is on very fair and favorable terms.

7. Based on my experience, I believe that I have a strong understanding of the trends in the value of settlements in these types of cases. My opinion takes into consideration the

amounts received in other similar consumer class actions, the risks inherent in litigation of this genre, and the reasonable tailoring of each settlement Class Member's claim to the amounts received. Based on that knowledge, I am of the opinion the settlement is fair, reasonable and adequate and is in the best interests of the settlement Class.

**Attorneys' Fees:**

8.  My firm has spent approximately 75.1 hours to date litigating this case. We will incur out-of-pocket expenses in excess of $2,500. Counsel expects to spend an additional 30 hours finalizing the final approval motion, preparing for and attending the Final Approval Hearing, and administering the settlement through its conclusion, including anticipated communications with class members, the settlement administrator, my co-counsel, and Defendant's counsel. My firm has aggressively litigated this case from the start.

9.  Even with my firm's combined extensive experience litigating complex cases, prosecuting these cases still carries a considerable amount of risk. There is the significant risk that Plaintiff would fail in obtaining class certification or would not succeed in proving Defendant's liability at trial.

10. I have spent, and expect to spend, a total of 62.1 hours on this matter. My associate, Alex P. Katofsky, will spend a total of 29.8 hours on this matter. My associate, Sepideh Hirmand, will spend a total of 4.2 hours on this matter. My associate, Evan S. Gaines, will spend a total of 9.0 hours on this matter. Our tasks included: preparation of complaint and related pleadings; review and analysis of pleadings and removal papers; preparation of initial disclosures and discovery; meeting(s) and communications with defense counsel; preparation of and review of mediation related documents; attendance at mediation; preparation of and review of settlement agreement; preparation of and review of preliminary approval papers; preparation of and review of final approval papers; and communications with class representative.

11. My reasonable hourly rate is $375. This is the rate prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation, and has been approved as reasonable by several California state and federal courts over the past nine months. Based on my education and experience as detailed above, this rate is reasonable.

12. Mr. Katofsky is a highly skilled and experienced litigator with over 14 years of experience, including employment law and complex litigation. He graduated with honors from University of the Pacific McGeorge School of Law in 1999, and from California State University Northridge in 1993. His reasonable hourly rate of $425 reflects his experience and education, and has been approved by courts in over four-dozen complex matters.

13. Sepideh Hirmand in a two-year lawyer with experience in litigation matters, including employment law and class actions. She is a 2004 graduate of University of California, Los Angeles (B.A.), a 2009 graduate of Whittier School of Law (J.D.), and a 2010 graduate of Santa Clara School of Law (L.L.M.). Her hourly rate of $300 is reasonable based on her education and experience and comports to the market rate.

14. Evan S. Gaines was admitted to the Bar in November 2012 after graduating with a J.D. from the School of Law at Michigan State University. Since his graduation, he has worked on employment law matters in our office. His hourly rate of $300 is reasonable based on his education and experience and comports to the market rate

15. In total, our lodestar is $39,762.50.

**Class Counsel's Costs:**

16. My firm's total costs to date are approximately $2,056.93 and include court fees, mediation fees, travel, research fees, postage, service of process, expenses associated with mediation, and photocopy charges. My firm expects to incur additional costs of approximately $500 in copying, courier, travel, and filing fees related to the final approval motion and hearing and requests that those costs also be reimbursed. Attached as **Exhibit B** is a true and correct summary of the costs that my firm has incurred or will incur in this case.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on this 29th day of January 2014 at Woodland Hills, California.

*/s/ Daniel F. Gaines*
DANIEL F. GAINES