# EXHIBIT A

# **FINAL APPROVALS**

1. *Adams v. Newell Rubbermaid, et al.,* USDC – Central District of California (Los Angeles), Case No. EDCV 08-1499 JTM (CTx)

2. *Agredano v. GS Brothers, Inc.,* Los Angeles County Superior Court, Case No. BC445561

3. *Allen, et al. v. Valley Inventory Service, Inc.,* Solano County Superior Court, Case No. FCS034682

4. *Andre v. Newell Rubbermaid, Inc.,* San Bernardino County Superior Court, Case No. CIVVS1200282

5. *Anslow v. Wellington Energy, Inc.,* USDC – Northern District of California (San Francisco), Case No. CV11-1596-JCS

6. *Batmanghelich v. Sirius XM Radio Inc.,* USDC – Central District of California (Los Angeles), Case No. CV 09-9190 VBF (JCx)

7. *Brandt, et al. v. Sacramento Auto Insurance Center, Inc., et al.,* San Joaquin County Superior Court, Case No. 39-2009-00202938-CU-OE-STK

8. *Burgess v. Blue Cross and Blue Shield of South Carolina,* San Joaquin County Superior Court, Case No. 39-2012-00277449-CU-BT-STK

9. *Burgess v. Strategic Retail Solutions, LLC,* Los Angeles County Superior Court, Case No. BC413791

10. *Caporicci v. Owens & Minor Distribution, Inc., et al.,* San Joaquin County Superior Court, Case No. 39-2013-00295662-CU-OE-STK

11. *Cerami v. Metlife, Inc.,* USDC – Central District of California (Orange County), Case No. 11-CV-00681-CJC (MLGx)

12. *Charles v. Aaron's Inc.,* Los Angeles County Superior Court, Case No. BC431468

13. *Charles v. Nursefinders, LLC,* Imperial County Superior Court, Case No. ECU07422

14. *Cheifer v. JetBlue Airways Corporation,* Los Angeles County Superior Court, Case No. BC451887

15. *Church v. GameStop, Inc., et. al.,* USDC – Central District of California (Los Angeles), Case No. 11-CV-00132-VAP-RZ

16. *Coleman v. Wireless Lifestyle, Inc.,* USDC – Western District of Missouri, Case No. 4:12-cv-00855-ODS

17. *Cortellessa v. Dotnext, Inc.,* Alameda County Superior Court, Case No. RG09429971

18. *Cruz-Garcia v. Lemonade Restaurant Group, LLC*, Los Angeles County Superior Court, Case No. BC478205

19. *Dismuke, et al. v. Rhodes Retail Services, Inc.,* Sacramento County Superior Court, Case No. 34-2011-00105001

20. *Dorsette v. TA Operating, LLC,* USDC – Central District of California (Los Angeles), Case No. EDCV 09-1350 PA (RZx)

21. *Edwards v. Trans World Entertainment Corp.,* San Diego County Superior Court, Case No. 37-2010-00095123-CU-OE CTL

22. *Estrada v. Net Source Communications, Inc.,* Los Angeles County Superior Court, Case No. BC431169

23. *Estupinan v. Global Development Strategies, Inc.,* Santa Clara County Superior Court, Case No. 110CV178898

24. *Ferrer v. Dish Network Corporation,* Los Angeles County Superior Court, Case No. BC441354

25. *Flores v. Cintas Corporation,* Los Angeles County Superior Court, Case No. BC400422

26. *Gomez v. Low Desert Empire Pizza, Inc.,* San Bernardino County Superior Court, Case No. CIVVS900392

27. *Gomez v. Pizza Hut of Southeast Kansas, Inc.,* San Bernardino County Superior Court, Case No.CIVVS900679

28. *Hogan v. Wireless That's It! LLC,* Riverside County Superior Court, Case No. RIC1201997

29. *Hurtado v. Rush Truck Centers of California, Inc.,* Los Angeles County Superior Court, Case No. BC427672

30. *Isherwood v. Mason Dixon Intermodal, Inc.,* San Joaquin County Superior Court, Case No. 39-2012-00279891-CU-OC-STK

31. *Jahanbin v. Pacific Mercantile Bank,* Orange County Superior Court, Case No. 30-2011-00480705CU-OE-CXC

32. *Jolin v. Bay Cities Recovery, Inc.,* El Dorado County Superior Court, Case No. PC20100458

33. *Martinez v. Styles For Less, Inc.,* San Bernardino County Superior Court, Case No. CIVVS1203057

34. *Melgar-Farela v. Guardian Compliance, Inc.,* Los Angeles County Superior Court, Case No. BC481865

35. *Mitchell v. Crossmark, Inc., et al.,* USDC – Central District of California (Los Angeles), Case No. CV 11-2818-JAK (FMOx)

36. *Murray, et al. v. Select Media Services, LLC,* Los Angeles County Superior Court, Case No. BC424506

37. *Overton v. Hat World, Inc.,* USDC – Eastern District of California (Sacramento), Case No. 2:11-CV-01645-LKK-KJN

38. *Perry v. Cardinal Health 200, LLC,* Solano County Superior Court, Case No. FCS035303

39. *Phraxayavong-Briones v. RSM, Inc.,* Sacramento County Superior Court, Case No. 34-2012-00117524

40. *Renfrow v. Janra Enterprises, Inc.,* Sacramento County Superior Court, Case No. 3402010-00080471

41. *Sabatier v. Picture Perfect Installation, Inc., et al.,* Riverside County Superior Court, Case No. RIC10004953

42. *Sanchez v. Don Roberto Jewelers, Inc.,* Imperial County Superior Court, Case No. ECU06819

43. *Santana v. United Staffing Associates, LLC, et al.*, Tulare County Superior Court, Case No. 249338

44. *Schrader v. Adidas Promotional Retail Operations, Inc.,* Los Angeles County Superior Court, Case No. BC414168

45. *Simler v. Polly's Inc.,* Riverside County Superior Court, Case No. RIC 1117862

46. *Skuro v. BMW of North America, LLC, et al.,* USDC – Central District of California (Los Angeles), Case No.: CV 10-8672-GW (FFMx)

47. *Solowitz, et al. v. BakeMark USA LLC,* Los Angeles County Superior Court, Case No. BC467838

48. *Spampinato v. Wind & Sea Restaurants, Inc.,* San Bernardino County Superior Court, Case No. CIVVS1205154

49. *Stevenson v. Harvest Management Sub LLC, et al.,* Ventura County Superior Court, Case No. 56-2011-00397420-CU-OE-SIM

50. *Tigas v. Ajilon Communications,* Los Angeles County Superior Court, Case No. BC409737

51. *Valdez v. Diamond Landscaping, Inc.,* Los Angeles County Superior Court, Case No. BC497097

52. *Velasquez v. Modesto Ventures, LLC,* Sacramento County Superior Court, Case No. 32-2012-00126159

53. *Victoria v. Bali Limousines Inc.,* San Mateo County Superior Court, Case No. CIV507774

54. *Victorian, et al. v. Vision X, Inc., et al.,* Los Angeles County Superior Court, Case No. BC400333

55. *Weiss v. C.A.R. Enterprises, Inc.,* Riverside County Superior Court, Case No. RIC1113165

56. *Williams v. Closet World, Inc.,* Los Angeles County Superior Court, Case No. BC400178

57. *Wilson v. ALSCO, Inc.,* Imperial County Superior Court, Case No. ECU07406