# EXHIBIT B

# Miller v. Southwest Airlines
# Gaines & Gaines, APLC Costs

| EXPENSE CATEGORY | | EXPENSE |
|---|---|---|
| Postage/FedEx charges | $ | 2.88 |
| Photocopy/printing charges | $ | 427.05 |
| Filing fees (including related attorney service expenses) | $ | 876.00 |
| Mediation Expenses (travel, etc.) | $ | 595.00 |
| CourtCall | $ | 156.00 |
| Estimated future expenses (filing fees, photocopy expenses, messenger fees, etc.) | $ | 500.00 |
| **TOTAL EXPENSES** | **$** | **2,556.93** |