ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:   (415) 543-1305
Facsimile:   (415) 543-7861

*Attorneys for Plaintiff*
ROBERT MILLER on behalf of himself and others similarly situated

TODD D. CARPENTER (SBN 234464)
todd@carpenterlawyers.com
**CARPENTER LAW GROUP**
432 West Broadway, 29th Floor
San Diego, CA  92101
Telephone:   (619) 347-3517
Facsimile:   (619) 756-6990

*Attorneys for Plaintiff*
JAMIE LUMOS on behalf of herself and others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MILLER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants.<br><br>JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB<br><br>CLASS ACTIONS<br><br>CONSOLIDATED FOR DISCOVERY PURPOSES ONLY<br><br>**DECLARATION OF PLAINTIFF ROBERT MILLER IN SUPPORT OF MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVES' ENHANCEMENTS AND CLAIMS ADMINISTRATOR'S FEES**<br><br>Date:     March 14, 2014<br>Time:    10:00 a.m.<br>Ctrm:    6, 17th Floor<br>Judge:   Hon. Charles R. Breyer |

I, ROBERT MILLER, hereby declare and state as follows:

1. I am a named Plaintiff in this lawsuit against Southwest Airlines Co. ("SWA") and I submit this declaration in support of Plaintiff's Unopposed (1) Motion For Final Approval Of Class Action Settlement; and (2) Application For Approval Of Attorneys' Fees And Costs And Class Representatives' Service Payments. I have personal knowledge of the facts set forth herein, and if called as a witness to testify to them, I could and would do so competently.

2. I am a competent adult over the age of eighteen years.

3. On October 8, 2012, I used my Bank of America debit card to purchase an airline ticket upgrade from SWA at the Oakland International Airport in Oakland, California. The entire expiration date of my debit card was printed on the receipt generated and provided to me by SWA at the point of sale.

4. At that time, I was aware that this practice could be in violation of federal law, specifically the Fair and Accurate Credit Transactions Act ("FACTA"). I am particularly sensitive identity theft prevention laws like FACTA. I believe in the laws of our state and country and the importance of enforcing those laws, especially when they relate to issues of identity theft and particularly in a case where information restricted by a federal law was being disclosed. As publicity surrounding the recent Target hacking incident has highlighted, protection of one's identity is an important issue in California and the United States, particularly with the advent of technology and the Internet. I am particularly sensitive about violations of these important rights.

5. Prior to filing our lawsuit, I assisted my counsel in investigating these claims. Thereafter, once my attorneys agreed to pursue this case, I assisted in the preparation of the complaint in this action. I provided relevant documents to my attorneys and participated in the discovery process, including initial disclosures at the onset of litigation. I regularly tracked the progress of this matter and continuously gave my attorneys input as to what I believed were important strategy decisions.

6. Through the litigation, I assisted in the discovery and settlement process and communicated with my attorneys regularly regarding what I perceived to be fair resolution and

1  terms. Of course, I was principally concerned that SWA would change its practices going
2  forward, which it did.

3     7.  I accepted the opportunity to act as a Class Representative in a class action on
4  behalf of other consumers who I believed were being subjected to violations of FACTA.
5  Although presented with the opportunity, I declined to pursue this case on an individual basis and
6  instead did so as a class action so that I could help others recover for what I believed were SWA's
7  illegal practices and attempt to change the way that SWA conducts its business.

8     8.  By bringing this lawsuit, and throughout its course, I have put the interests of the
9  class ahead of my own. I understood that I could possibly earn a modest service payment in the
10 event this case resolved itself favorably, but always knew that I could also be responsible for
11 paying the costs incurred by SWA if we lost the case. This was my biggest risk and fear in going
12 forward with this class action – I am not "judgment proof" and understood that I could be
13 required to pay many thousands of dollars in costs if we were unsuccessful. The importance of
14 the cause at issue justified the risk.

15    9.  My goal in bringing this lawsuit was to obtain a recovery on behalf of the class,
16 and even more importantly, to put an end to what I believed were illegal practices on the part of
17 SWA. I believe I have achieved both through this lawsuit and settlement. I understand that SWA
18 has changed its credit and debit card printing practices to comply with FACTA because of this
19 lawsuit. I am very happy about the results of this litigation. I am satisfied that class members are
20 receiving settlement payments in compensation for their damages.

21    10. At the onset of this case, I had numerous phone calls with several of my attorneys
22 involving the policies and procedures of SWA. During the course of this litigation, up through
23 and following the settlement process, I kept actively involved with its status, having frequent
24 phone conversations with my attorneys to track the status of the case and participate as much as
25 possible.

26    11. While I have not maintained contemporaneous time records of my activities in
27 connection with this litigation, I believe that have spent a total of approximately 25 hours
28

assisting my attorneys with the preparation of this litigation, including work and analysis I did independent from my attorneys both before and during this case.

12. I am quite confident that pursuing this lawsuit will result in future reputational harm to me. There is a stigma associated with bringing a class action lawsuit that will follow me long after this case is over.

13. I am unaware of any conflicts which I could possibly have with other members of the class. In fact, my interests in bringing this lawsuit – for SWA to change its practices and to recover compensation for SWA's violations of privacy laws – are likely identical to those of all other class members.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed on this 17th day of January 2014 at Cumsworth, California.

_____
ROBERT MILLER