1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  **KELLER GROVER LLP**
   1965 Market Street
3  San Francisco, California 94103
   Telephone:   (415) 543-1305
4  Facsimile:   (415) 543-7861

5  *Attorneys for Plaintiff*
   ROBERT MILLER on behalf of himself and
6  others similarly situated

7  TODD D. CARPENTER (SBN 234464)
   todd@carpenterlawyers.com
8  **CARPENTER LAW GROUP**
   432 West Broadway, 29th Floor
9  San Diego, CA  92101
   Telephone:   (619) 347-3517
10 Facsimile:   (619) 756-6990

11 *Attorneys for Plaintiff*
   JAMIE LUMOS on behalf of herself and
12 others similarly situated

13

14                    **UNITED STATES DISTRICT COURT**

15                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  ROBERT MILLER, on behalf of himself and all others similarly situated, | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB |
| 18 | |
| 19          Plaintiff, | CLASS ACTIONS |
|            vs. | |
| 20  SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive, | CONSOLIDATED FOR DISCOVERY PURPOSES ONLY |
| 21 | |
| 22          Defendants. | **DECLARATION OF JAMIE LUMOS IN SUPPORT OF MOTION FOR FINAL** |
| 23 | |

24

25

26

27

28

| | |
|---|---|
| JAMIE LUMOS, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>             Defendants. | **APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  March 14, 2014<br>Time:  10:00 a.m.<br>Ctrm:  6, 17th Floor<br>Judge: The Hon. Charles R. Breyer |

I, Jamie Lumos, declare as follows:

   **1.**     I am a resident of the State of California. I am the named Plaintiff in this action. I have personal knowledge of each of the facts set forth below. If called to as a witness I would and could testify to the following.

   **2.**     On May 3, 2012, I made a purchase with my credit card at a Southwest ticket counter at the San Diego airport, Lindberg Field. After handing the Southwest employee my card, the employee swiped or otherwise entered my credit card information into the Southwest ticketing system and provided me with a ticket to travel to San Francisco. After I completed the purchase transaction, I received my ticket and a copy of the air travel receipt. The receipt contained, among other things, the last four digits of my credit card number and the four digit expiration date of my credit card. The credit card number was truncated, meaning, 12 of the 16 digits of my credit card were crossed out (by way of example: "XXXX-XXXX-XXXX-1234) or properly truncated. The remaining four digits were not. However, the entire four digit expiration date of my credit card was electronically printed and un-redacted.

   **3.**     Since the beginning of this lawsuit I have actively participated in this litigation, spending more than 4 hours participating in interviews, meetings and telephone consultations with Class Counsel who required information pertaining to

DECLARATION OF JAMIE LUMOS IN SUPPORT OF
MOTION FOR FINAL APPROVAL
-2-

1 my transactions and in the review of pertinent litigation documents, including the
2 settlement agreement.  I also maintained and provided to Class Counsel all relevant
3 documents relating to my transaction.  This work was undertaken in order to assist
4 Class Counsel with preparing the complaint in this matter, settlement negotiations,
5 and the motion for preliminary approval and final approval of this class action
6 lawsuit.

7     **4.**    I spent approximately 1 hour reviewing my original complaint with
8 my attorney prior to it being filed.

9     **5.**    Since the filing of the complaint, I routinely sent inquiries to Class
10 Counsel about the case's status to stay abreast of the case's progress and spent time
11 emailing with Class Counsel about the case's status, including settlement
12 negotiations and approval of the settlement.

13     **6.**    I believe that the requested incentive award is fair and reasonable
14 since I have spent a significant amount of time and effort to bring and maintain this
15 lawsuit, and I continued to work with Class Counsel to make sure a fair and
16 reasonable settlement was achieved.  My efforts will be significant to Class
17 members being compensated in this settlement.

18     **7.**    I ultimately sacrificed my personal interests for the class' benefit.  By
19 agreeing to file this case, I assumed the risk of a judgment against me and personal
20 liability for an award of costs to Defendant in the event of an adverse outcome.
21 The potential financial risks are in and of themselves enough to dissuade many if
22 not most people from agreeing to act as a class representative.

23     **8.**    I also took the risk that this lawsuit would have a negative impact on
24 my future business and employment opportunities because someone could run a
25 background search, including a search for court records, and conclude that I am
26 overly litigious and hold that false conclusion against me.

27

28

-4-

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct. Executed on January 23, 2014 in
3   San Diego, California.

6   DATED:   January 23, 2014          Plaintiff:
                                       By: _____
                                            JAMIE LUMOS