1   ERIC A. GROVER (SBN 136080)
    eagrover@kellergrover.com
2   **KELLER GROVER LLP**
    1965 Market Street
3   San Francisco, California 94103
    Telephone:    (415) 543-1305
4   Facsimile:    (415) 543-7861

5   Attorneys for Plaintiff
    ROBERT MILLER on behalf of himself and
6   others similarly situated

7   TODD D. CARPENTER (SBN 234464)
    todd@carpenterlawyers.com
8   **CARPENTER LAW GROUP**
    432 West Broadway, 29th Floor
9   San Diego, CA  92101
    Telephone:    (619) 347-3517
10  Facsimile:    (619) 756-6990

11  Attorneys for Plaintiff
    JAMIE LUMOS on behalf of herself and
12  others similarly situated

13              **IN THE UNITED STATES DISTRICT COURT**

14           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17  ROBERT MILLER, on behalf of himself and        Case No. C-12-5978-CRB
    all others similarly situated,                 Case No. C-13-1429-CRB
18
                            Plaintiff,             CLASS ACTIONS
19
         vs.                                       Consolidated for Discovery Purposes Only
20  SOUTHWEST AIRLINES CO., a Texas
    Corporation; and DOES 1 through 20, inclusive, **Declaration of April Hyduk**
21
                            Defendants.             Date:      March 14, 2014
22                                                  Time:      10:00 a.m.
                                                    Ctrm:      6, 17th Floor
23  JAMIE LUMOS, on behalf of herself and          Judge:     Hon. Charles R. Breyer
    all others similarly situated,
24
                            Plaintiff,
25
         vs.
26  SOUTHWEST AIRLINES CO., a Texas corporation;
    and DOES 1 through 20, inclusive,
27
                            Defendants.
28

### DECLARATION OF APRIL HYDUK

I, April Hyduk, declare as follows:

1.      I am a Senior Project Administrator at Rust Consulting, Inc. ("Rust"), which served as Settlement Administrator for the above-captioned action.  I was responsible for supervising the services provided by Rust for this matter.  I submit this declaration based on my personal knowledge, the knowledge of other Rust employees working under my supervision and at my direction, and my review of business records maintained by Rust.  If called as a witness, I would testify to the following facts.

2.      On October 18, 2013, the Court confirmed Rust's retention as the Settlement Administrator of this case.  Order Granting Mot. for Prelim. Approval of Class Action Settlement (the "Order") ¶ 8, October 18, 2013, ECF No. 40.

3.      Pursuant to the Order and as described in more detail below, Rust has: (a) arranged for the Publication Notice to be published in USA Today; (b) sent out E-mail Notices to class members; (c) established the Settlement Website, www.SouthwestFACTASettlement.com including, posting content on that site related to the Settlement, and building an online claim filing module; (d) obtained a toll-free telephone number, 1-800-616-1479, providing pre-recorded information regarding the Settlement; and (e) established a P.O. Box for mail correspondence from class members.

**CAFA Notices**

4.      At the direction of Baker & McKenzie, Counsel for Defendant Southwest Airlines Co., Rust mailed notices by Certified Priority Mail on the appropriate federal and state officials, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, requirements on October 31, 2013.  A true and correct copy of one of these CAFA letters is attached hereto as Exhibit "A."

**Notice Program**

**Publication Notice**

5.      At Rust's direction, Kinsella Media arranged to have the Publication Notice published in the following periodicals:

- USA Today, Wednesday, October 30, 2013 edition, on page 2B; and
- USA Today, Tuesday, November 7, 2013 edition, on page 5B.

A true and correct copy of the published notice is attached hereto as Exhibit "B."

**E-mail Notice**

6.     On October 24, 2013, Counsel for Defendant provided Rust with the e-mail addresses for 3,726,154 potential class members. Rust processed the e-mail addresses to remove all duplicate and incomplete addresses. This process resulted in 3,723,314 e-mail addresses.

7.     On November 17th and 18th of 2013, Rust sent notices to the 3,723,314 e-mail addresses (the "E-Mail Notice"), providing Settlement claim forms to potential class members. A copy of the E-mail Notice, which is in the form approved by the Court's Order, is attached hereto as Exhibit "C."

**Toll –Free Number**

8.     Rust reserved and activated a toll-free number for Class members, which provided Rust's recorded answers to frequently asked questions regarding the Settlement. The toll-free number was live and active as of October 29, 2013.

9.     Class members could also use the toll-free number to request a claim form be sent to them by mail.  As of January 26, 2014, Rust had mailed 251 claim forms in response to such requests from class members.

**Website**

10.     Rust reserved the domain name www.SouthwestFACTASettlement.com , drafted and posted content on the Settlement website and set up an online claim filing module. The content included, among other things: a downloadable version of the claim form, written answers to frequently asked questions, the Order, the Settlement Agreement, the Notice, and important dates and deadlines.  The content on the website was available to the public on the internet as of October 29, 2013.

**Claims**

11.     Claimants were able to file a claim either electronically through the Settlement website or by submitting a paper Claim Form.

12.     As of January 26, 2014, Rust received 16,900 electronic claims and 330 Claim Forms via United States Postal Service mail from class members.  The deadline to submit claims is February 5, 2014.

13.     As of January 26, 2014, Rust received three timely requests for exclusion and no objections. A list of exclusion requests received by Rust as of January 26, 2014 is attached hereto as Exhibit "D."

**Claims Administration Fees**

14.     Throughout the notice and claims administration process, Rust has provided Class Counsel with periodic invoices for settlement administration fees and expenses. Invoices totaling $123,252.29 have been submitted to Class Counsel for administrative fees and out-of-pocket expenses from November 2014 through January 2014.  A true and correct copy of the invoices is attached hereto as Exhibit "E."

15.     Future fees and expenses are estimated at $57,383.  These include finalizing claims processing, identifying deficient claims, validating claims, sending letters to claimants to give them an opportunity to cure their deficiencies, setting up a distribution account, sending initial and reissued payments to Claimants, filing necessary tax returns, and responding to Claimant inquiries.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 29, 2014, at Palm Beach Gardens, Florida.

April Hyduk

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

Case No. C-12-5978-CRB
Case No. C-13-1429-CRB

**DECLARATION OF APRIL HYDUK**



October 31, 2013

**<u>Via U.S.P.S. Priority Certified Mail</u>**
<<name1>>
<<name2>>
<<addr1>>
<<addr2>>
<<city>>, <<state>> <<zip>>

*Re:    Miller et al v. Southwest Airlines Co., Lumos et al v. Southwest Airlines, Co.*
*United States District Court for the Northern District of California, San Francisco Division*
*Case No. C-12-5978-CRB; Case No. C-13-1429-CRB*

Dear Sir or Madam:

Rust Consulting, Inc., claims administrator, on behalf of Southwest Airlines Co. ("Southwest"), defendant in the above-referenced action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of a proposed class action settlement between Southwest and the plaintiffs in the above-referenced actions.  Please take notice of the following items of information and enclosed materials, which are provided to you pursuant to 28 U.S.C. § 1715(b).

The Parties filed a motion with the United States District Court for the Northern District of California on October 18, 2013, requesting preliminary approval of the proposed settlement.  The Court granted preliminary approval of the proposed settlement, and scheduled the Final Fairness Hearing for March 14, 2014.

As part of this notice, please find copies of the following documents associated with this action on the enclosed CD:

1.  The complaints, all materials filed with the complaints, and any amended complaints filed in this matter;

2.  The proposed settlement agreement between the parties;

3.  The proposed notice and claim form that will be mailed to the Class; and

4.  A copy of the Parties motion for preliminary approval of the settlement, including all supporting documents and exhibits.

It is not feasible at this time to provide a list of the names of the members of the class organized by the state in which they reside; nor is it feasible to provide a reasonable estimate of each state's proportionate share of the settlement.

There are no contemporaneous agreements between class counsel and counsel for defendant in conjunction with the proposed settlement, other than the enclosed settlement agreement.  At this time, there has been no final judgment or notice of dismissal, and there are no written judicial opinions relating to the matters detailed in this notice.

If you have questions about this notice, the settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

/s/ April Hyduk
Senior Project Administrator
Rust Consulting, Inc.
625 Marquette Ave., Suite 880
Minneapolis, MN 55402-2469
Phone: (612) 359-2000
Facsimile: (612) 359-2050

Enclosure

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

Case No. C-12-5978-CRB
Case No. C-13-1429-CRB

**DECLARATION OF APRIL HYDUK**

# U.S. targets foreign exchange rigging

**Feds investigate allegations; more banks cooperate**

**Kevin McCoy**
USA TODAY



Acting Assistant Attorney General Mythili Raman confirmed U.S. involvement in a foreign exchange investigation.

Federal authorities are probing suspected rigging of foreign exchange rates, a top prosecutor said Tuesday as two global banks confirmed they were cooperating with multinational investigations of the multitrillion-dollar daily currency market.

Department of Justice criminal and antitrust divisions "have an active, ongoing investigation into possible manipulation of foreign exchange rates," said Acting Assistant Attorney General Mythili Raman. She declined to discuss "the identity of any specific institutions that may or may not be under investigation."

Raman's comment marked the first public acknowledgment that

investigators have joined British and Swiss counterparts in who previously said they were conducting similar investigations.

The Financial Conduct Authority said in June the British regulatory agency was "aware of these allegations and has been speaking to the

relevant parties." Switzerland's Financial Market Supervisory Authority said earlier this month it was "conducting investigations into several Swiss financial institutions in connection with possible manipulation of foreign exchange markets." Switzerland's Competition Commis-

sion also said it was investigating.

The U.S. confirmation came as Swiss banking giant UBS and German global bank Deutsche Bank issued quarterly financial reports Tuesday that said they were cooperating with the investigations.

UBS said it "immediately commenced an internal review of our foreign exchange business" following a June media report "of widespread irregularities in the foreign exchange markets."

The statement referred to a Bloomberg News report that said some bank traders had shared information about their foreign exchange positions via instant messages, executed their own trades ahead of client orders and tried to manipulate the benchmark foreign exchange rates reported by a joint venture between The WM Company and Thomson Reuters.

The WM/Reuters rates determine what many pension funds and money managers pay for foreign exchange investments.

UBS said Tuesday that the Swiss bank and other financial institutions "have received requests from various authorities relating to their foreign exchange businesses" and was "cooperating with authorities."

Deutsche Bank said it had received similar requests and was "cooperating with those investigations, which are in early stages."

The foreign exchange investigations represent the latest multinational examination of financial benchmarks that affect trillions of dollars in personal and business transactions. Tuesday's developments came as U.S. British and Dutch investigators announced nearly $1.1 billion in penalties at Dutch global bank Rabobank for manipulating a separate benchmark used to set rates on trillions of dollars in mortgages, car loans, student loans, other borrowing and some financial derivatives.

That case involved rigging of Libor — the London Interbank Offered Rate.

---

# 2013 stock rally truly is a team effort

**Record highs reflect broad contributions**

**Adam Shell**
USA TODAY



## BULL'S 'BREADTH' IS SWEET

Nine out of 10 stocks in the S&P 500 are up so far this year, on track for its best showing since 2003. S&P stocks up since 2003:

458    454²

25

1 – As of Oct. 29.
**Source** S&P Dow Jones Indices

**NEW YORK** It's not just a few story stocks like Google, Netflix and Best Buy that have been driving the stock market to record high after record high this year — including another one on Monday. It's been a team effort with virtually every large-company stock contributing.

Indeed, the number of stocks in the Standard & Poor's 500 stock index that are trading in positive territory so far in 2013 is the highest in 10 years. And roughly 450 stocks in the S&P 500, or more than nine of 10, are sporting gains this year. That puts the benchmark index of large-company stocks on track for its best year since 2003, when 458 companies finished in the black, says Howard Silverblatt, senior index analyst at S&P Dow Jones Indices.

"The number," says Silverblatt, "is significant since it shows the depth (and strength) of the recovery."

In Wall Street-speak, the market's "breadth" is running very strong this year. The more stocks that are posting gains the merrier, as it is a sign of market — and economic — strength.

In contrast, a market that is rising to all-time highs on the backs of just a handful of stocks could be signaling buyers' fatigue and camouflaging market weakness under the surface. At the tail end of the greatest bull market in U.S. history in the late 1990s, for example, the stock market was hitting fresh peaks with the help of fewer and fewer stocks, with the bulk of the gains coming from those must-have dot-com and tech stocks that could do no wrong before crashing in March 2000.

The market back then rose on

"faith" and "clicks" in the late '90s, says Silverblatt. In 1999, for example, despite a 19.5% return for the S&P 500, only 241 stocks, or 48.2%, finished the year up.

A broad swath of sectors are contributing to the S&P 500's 24% gain this year, statistics from Bespoke Investment Group show. Overall, more than 80% of stocks in the S&P 500 are trading above their average price the past 50 days, which equates to virtually all stocks in uptrends. Six of 10 sectors are trading above the overall index's 50-day moving average.

The market has been trending higher with help from the Federal Reserve's easy-money policy, the nation's last-minute avoidance of a debt crisis earlier this month and corporate earnings that keep chugging along in a slow-growth economy.

A stock market flashing its strongest breadth readings in 10 years is the main reason why Chris Verrone, an analyst at Strategas Research Partners, is shrugging off talk of an overbought market and betting that the market's momentum will continue through year-end. "We don't believe momentum is something to fear in the fourth quarter, particularly with breadth confirming" the rally, Verrone told clients in a note.

---

# Windows XP users six times more likely to be hacked

**Byron Acohido**
@byronacohido
USA TODAY





Microsoft's Bill Gates, left, plays a version of "Who Wants to be a Millionaire" with Regis Philbin during the launch of Windows XP in 2001.

**CYBER TRUTH**

**SEATTLE** Microsoft's venerable Windows XP operating system is six times more likely to be successfully hacked than newer Windows 7 and Windows 8 personal computers.

Microsoft disclosed that metric at the RSA Conference in Amsterdam on Tuesday morning. The software giant hopes to compel XP users to dump XP and upgrade to Windows 7 or Windows 8 — before it ends all XP support, including issuing security patches. That will happen come April 8, 2014.

"XP has been a beloved operating system for millions and millions of people around the world, but after 12 years of service it simply can't mitigate the threats we're seeing modern-day attackers use," says Tim Rains, director of Microsoft Trustworthy Computing.

Criminal hackers, as you might imagine, can't wait until April 8. That's because most consumers are clueless about the true scope of security risks. And thousands of companies, for economic and operational reasons, appear intent on continuing to use XP machines well after Microsoft officially stops supporting XP, which was launched in October 2001.

But the intense good-guy vs. bad-guy race to find and exploit new holes in Windows 7 and Windows 8 is not going to stop. The key point is this: Microsoft will continue to issue security patches for Windows 7 and 8, but not for XP.

Security experts anticipate that cybercriminals will move to take advantage. Historically, about two thirds of malware developed for Windows 7, for instance, work well on Windows XP, says Wolfgang Kandek, chief technology officer at cloud-based security firm Qualys.

Every time Microsoft issues new security patches for Windows 7 or 8, which it does on the first Tuesday of each month, hackers will get a list of fresh, never-to-be-patched security holes in most XP machines still in use.

"Attackers can take information about new problems with Windows 7 and say, 'I wonder if this works also in XP,' " Kandek says. "With no more patches available, XP will make a good target for hackers."

The sheer number of Windows XP machines still in operation provides ample incentive for the bad guys. Of the estimated 1.3 billion Windows PCs in use globally, some 21% use Window XP, according to StatCounter. And if you count the PCs accessing the Internet, as some 31% are Windows XP machines.

Microsoft has stuck by XP longer than any previous version. It went eight years before cutting support for Windows NT, 11 years before doing the same with Windows 2000 and it will go 13 years before pulling the plug on XP, points out Rob Kraus, research director at security management firm Solutionary.

"Having an operating system in place for 13 years is a testament to the work Microsoft has put into the OS," Kraus says.

It was with XP Service Pack 2 in 2004 that Microsoft first enabled firewalls for Windows users by default. Subsequently, the software giant endured costly delays in the launch of XP's successor, Windows

Vista, mainly to make major security upgrades. And then it reinforced those security protections in Windows 7 and 8.

"Microsoft fundamentally redesigned the operating system after XP," says Phil Lieberman, president of security consultancy Lieberman Software. "Trying to patch such an old operating system is akin to doing repairs to an old building that everybody agrees needs to be torn down."

Even so, it's highly likely millions of consumer and business XP machines will continue in use after April 8. A French company, Arkoon, has even begun offering a service that will identify vulnerabilities in XP machines after Microsoft stops issuing security patches.

And Microsoft is offering a failsafe for companies who can't, or won't, sunset XP. They might qualify to purchase "custom support" from Microsoft to receive critical security updates and technical support.

Companies that face switching large numbers of XP workstations or that risk losing use of old business apps that won't run well on newer versions of Windows must do the cost vs. benefit calculation.

Pierluigi Stella, chief technology officer of Network Box USA, says for many companies still using XP, the wisest course will be to bite the bullet and upgrade.

VIDEO AT
USATODAY.COM/TECH
Microsoft to stop issuing security patches for Windows XP.

---

# Hot gains in home prices are cooling off

**All 20 cities in index still had growth in Aug.**

**Julie Schmit**
@JulieSchmit
USA TODAY



Buying is 35% cheaper than renting in all 100 largest metro regions.

U.S. home prices were up 1.3% in August from July, but the peak rate of gain in home prices occurred in April, a widely watched index shows.

Data through August show that prices were up 12.8% year over year, according to the Standard & Poor's Case-Shiller 20-city index.

Both the 10- and 20-city indices showed their highest annual increases since February 2006, and all 20 cities reported positive year-over-year returns.

But while home prices continue to rise, it's at a slower pace each month since April. In August, 16 cities reported smaller gains compared with July.

Las Vegas led the cities with a monthly increase of 2.9%, its highest since August 2004. It has seen ramped-up buying activity from investors now that more distressed inventory has become available to the market. Detroit and Los Angeles followed with monthly gains of 2%.

All 20 cities posted gains in August, but most showed deceleration compared with July. Seattle prices were up 0.5% in August. San Francisco has been losing momentum since April, when prices were up 4.9%, vs. 0.9% in August, Case-Shiller says.

Las Vegas also led in the category of one-year gains, at 29.2%, followed by San Francisco at 25.4%. On the other end of the range was New York, with a one-year gain of just 3.6% followed by Cleveland at 3.7%.

Tight inventory conditions likely drove the strong year-over-year home price growth in many of the cities, says economist Ellen Haberle of brokerage Redfin.

Though more homes are for sale, the inventory hasn't expanded enough to bring home-price gains back down to near-normal levels, says Trulia economist Jed Kolko. The for-sale inventory still looks about 15% below normal levels when adjusted for seasonal factors, he says.

Another reason home prices are

still rising, although more slowly, is that buying is still 35% cheaper than renting in all of the 100 largest metropolitan regions, Kolko says.

Still, sales are likely to drop off in September and October because of seasonal declines and "buyer anxiety" from the government shutdown, Haberle says.

Other home-price tracking services have shown slowing rates of appreciation amid higher interest rates, more homes for sale and slowing investor purchases.

U.S. home values were up 1.2% in the third quarter from the second, Zillow data show. That's down from a 2.5% jump in the second quarter from the first.

"Home value appreciation is better when it's boring," says Stan Humphries, Zillow economist. "It's good to see the pace of home value appreciation moderate, allowing the market to get back into a more sustainable balance and not topple over."

---

**Legal Notice**

### If You Used a Credit or Debit Card at a Southwest Airlines Ticket or Cargo Counter, You Could Benefit From a Settlement.

A Settlement has been proposed in two related class action lawsuits with Southwest Airlines Co. ("Southwest") over printed receipts that contained credit and debit card expiration dates. The Settlement provides payments to class members who submit valid claims. Southwest Airlines Co. denies it did anything wrong. Both sides agreed to a Settlement to avoid the uncertainty and cost of a trial, and provide benefits to class members. The Court has not decided in favor of either side. For detailed information, go to www.SouthwestFACTASettlement.com

**Am I Included?**
You are included if you used a credit or debit card to make an individual, non-business related purchase or transaction at a Southwest airport ticket counter between October 17, 2007 and January 25, 2013 and received a printed receipt.

**Am I Need To Receive Benefits?**
Southwest has agreed to create a Settlement Fund of $1,800,000. After fees and costs are deducted, the Settlement Fund will be divided equally among all class members who submit a valid Claim Form and do not exclude themselves from the Settlement.

**How Do I Receive Benefits?**
You must submit a Claim Form by mail or electronically by **February 5, 2014** to get benefits. The Claim Form is available at the website below.

**Do I Need To Hire A Lawyer To Participate in the Settlement?**
No. The Court has appointed Eric A. Grover of Keller Grover LLP, Daniel F. Gaines of Gaines & Gaines, APLC, and Todd D. Carpenter of Carpenter Law Group to represent you and other class members, as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**What Are My Other Options?**
You have the option of (1) excluding yourself from the Settlement or (2) objecting to the Settlement. If you do nothing, your rights will be affected. If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 5, 2014**. Otherwise, you will not be able to sue Southwest later about the legal claims in this case. If you exclude yourself, you cannot get benefits from this Settlement. If you stay in the Settlement, you may object to it by **February 5, 2014**. The detailed notice available at the website below explains how to exclude yourself or object.

The Court will hold a hearing on **March 14, 2014** to consider whether to approve the Settlement and attorneys' fees and costs of up to $465,000. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**For more information and a Claim Form:**
**1-800-616-1479**    **www.SouthwestFACTASettlement.com**

# Not super sexy, but Nexus 5 is solid

**Google's new smartphone is an excellent value**



**Edward C. Baig**
ebaig@usatoday.com
USA TODAY



**PERSONAL TECH**

**NEW YORK** There are solid reasons to be drawn to the Nexus 5, Google's winner of a new handset. The "pure Android" smartphone from South Korea's LG is thin, screaming fast and, despite weighing just under 4.6 ounces, comfortable to hold.

It has a terrific nearly 5-inch full HD high-resolution display. And a phone that's infused with Googleness promises to deliver Android updates ahead of rival devices.

The 8-megapixel rear camera is improved compared with prior Nexus handsets. There's now optical image stabilization for video, and an HDR+ feature that combines a rapid burst of shots into one best photo. The pictures I shot were generally decent, but the camera is not on par



with some of the finest smartphone shooters out there, a list that includes the iPhone 5s, the Nokia Lumia 1020, HTC One, Samsung Galaxy S4 or LG's G2.

The best thing about the Nexus 5 is all the sweetness you get in totality at an extremely attractive price. It costs just $349 for an "unlocked" phone with 16 gigabytes of storage, or $399 for 32GB. You'd be hard-pressed to find a better value among such premium-class devices.

The Nexus 5 is the first phone to showcase Android 4.4 or "KitKat," the candy-bar named fresh version of the mobile operating system that is still weeks away on other devices.

On the Nexus 5, I love that you can just bark out "OK Google" from any home screen to initiate a voice command (for making calls, playing music, directions, etc.) without pressing buttons first.

The feature generally worked well in my tests, though the Nexus 5 doesn't take it quite as far as the Google-owned Motorola Moto X does with a similar stunt.

The KitKat phone dialer gives priority to the contacts you talk to most. When you search your contacts, Google also searches for nearby places. If you get a call from a business not in your contacts, KitKat attempts to use Google Maps to pull up information

on the caller.

KitKat also integrates text messages into a newly designed Google's Hangouts app along with video calls and other conversations.

The clever Google Now tool that anticipates the kinds of things you might search for (weather, traffic, Web stories) before you actually search for them, is now a simple swipe from the home screen away.

The Nexus 5 is attractive but either utilitarian looking. It comes in either black or white and has a rubbery back that makes it easy to grip. Still, I managed to inadvertently drop it on

to the pavement, smashing the screen. The phone continued to function, but so much for any protections provided by Gorilla Glass 3.

The Nexus 5 also addresses a critical Achilles' heel of its predecessors: It can tap the speedy 4G LTE networks offered by T-Mobile and Sprint, something not possible on earlier Nexus phones. Those two carriers will be selling the phone in the U.S., as will Amazon, Best Buy and RadioShack. And while AT&T is not selling the Nexus 5, the phone is compatible with AT&T's network. Alas, the same cannot be said for LTE

**THE BOTTOM LINE**

**Google Nexus 5**
made by LG
play.google.com
$349 for unlocked 16GB;
$399 for 32GB
- **Pro.** Excellent value. Kit-Kat. Fast, thin.
- **Con.** Must supply your own service. Camera is not as good as on rival phones. No Verizon version.

**MORE ONLINE AT**
TECH.USATODAY.COM
See the Nexus 5 in action as Ed Baig puts it to work

leader Verizon Wireless, which is not supporting the phone at this time.

Buying an unlocked phone means you have to supply your own SIM card for voice and (when beyond the reach of Wi-Fi) data network service. I inserted a SIM from T-Mobile and tested the device in and around New York City, with data speeds on T-Mobile's network varying widely. And buying Nexus means you are getting an unencumbered "stock Android" experience, without the software skins layered on by phone makers.

The voice and speakerphone quality of the Nexus 5 is for the most part very good, except that T-Mobile had trouble holding onto a cellular signal at times from my basement. I was hardly wowed by the mono speaker when listening to music. The experience pales next to the audio you get through the stereo speakers on the HTC One. Fortunately, I mostly use headphones or Bluetooth speakers anyway.

I did not conduct a formal battery test, but had no problem keeping the phone juiced well into the evening after moderate use. With an optional accessory, you can take advantage of wireless charging. The battery is not removable.

The Nexus 5 is not a perfect phone. But it's an awfully good one and a superb choice for the money.

---

# Traditional light bulbs are dead; long live LEDs

**They last up to 22 years, and they're so incredibly efficient**

**David Kender**
Reviewed.com / USA TODAY

The humble Edison light bulb has enjoyed a long life span, seeing only modest changes, while technologies like television and radio have been drastically revised over time. But the familiar bulb's long, uninterrupted reign could finally be under threat as light-emitting diodes, or LEDs, appear poised to become the new standard.

The reason is simple: Traditional incandescent light bulbs are far efficiency that one would expect of nearly any other piece of everyday hardware. For a piece of hardware that throws off 90% of the energy they use is wasted as heat, with only the remaining 10% actually producing light.

The federal government finally took a stand against such wastefulness in 2012, banning 100-watt incandescent bulbs. Similar bans on 40- and 60-watt bulbs are also in the works. Initially, it appeared that compact fluorescent bulbs, or CFLs, would assume the throne, but that hasn't worked out as expected.

"CFLs have been a disaster," says Margery Conner, engineer and creator of Designing With LEDs. Caught between new efficiency standards and a market unwilling to pay a premium for a simple light bulb, manufacturers responded with a flood of poorly built and ill-conceived fluorescents.

Conner says the biggest problem is the "cold light" the bulbs produce, re-

ferring to their bluish color temperature. And manufacturers didn't explain that CFLs can't be dimmed using traditional dimmer switches, she says. These complaints have been partially addressed in recent product revisions, and CFLs are actually quite competitive with LEDs when it comes to energy efficiency. But the technology's credibility has still taken a hit in the court of public opinion.

Both bulb makers and regulators are taking steps to ensure that LEDs don't suffer the same fate. So far, most of their efforts seem centered around a strong message of long-term affordability combined with a reduced up-front cost.

CREE, a company based in Raleigh, N.C., was the first to hit the $10 price point in many markets. Its products have since risen to become the No. 1 and No. 3-selling light bulbs at Home Depot. Of course, $10 is still a lot to ask for a light bulb, but the government is happy to step in and help out. LEDs that earn an Energy Star badge for their performance and efficiency also qualify for a rebate, usually from regional utility companies.

In addition to its growing affordability, part of LED's appeal is its extraordinarily long life expectancy. CREE offers a 10-year guarantee on its bulbs, and suggests life spans as long as 22 years are possible under certain conditions.

But regardless of the bulbs' technical merits, the toughest challenge for manufacturers is managing consumer perceptions. "You have to make something that looks as close to an incandescent light bulb as possible," says Conner. The short, twisted CFL bulbs were considered undesirable by a population accustomed to a very



Hue bulbs contain multiple LEDs allowing for millions of possible colors.

specific bulb shape. LEDs can conform to that familiar shape, she says, while still doing "things you've never done before."

Dutch giant Philips, for instance, has been experimenting with more novel applications. In addition to its selection of garden-variety LED bulbs, Philips has released a line of "Hue" connected light bulbs.

Essentially a stage lighting kit for your home, hue bulbs contain multiple LEDs whose output can be controlled from your smartphone, allowing for millions of possible colors. It's a neat trick that gives the system enough flash to land it a spot in Apple's retail stores. Philips has also opened up the product to outside developers, and there are now about 40

apps that can interact with the bulbs.

"We've viewed light as a function, but rarely as creating an experience," says Todd Manegold, director of LED lamps at Philips. LED lights, he says, have opened up ways of "doing things you couldn't do with traditional form factors."

Most LED manufacturers are viewing the growth as evolution rather than revolution. As technologically sophisticated as the guts of these light bulbs are, they're still just light bulbs to most people.

Convincing consumers to change ingrained habits requires a multifaceted strategy, including attractive pricing, clarification of long-term benefits, and good old fashioned geek-whiz gadgetry.

As Mike Watson, CREE's vice president of Corporate Marketing, posits the challenge: "The tech has to be better than what it's replacing."

**Reviewed**.com
Tested by Experts.

**MORE ONLINE AT**
REVIEWED.COM
See Reviewed.com's Best of Year award winners

For more product reviews and news, visit Reviewed.com, a division of USA TODAY, and follow @ReviewedDotCom on Twitter.

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070    www.russelljohns.com/usatoday

| NOTICES |
| --- |
| LEGAL NOTICE |

**LEGAL NOTICE**

**PLEASE DO NOT CONTACT SPRINT OR THE COURT FOR INFORMATION**

**If you are a current or former Sprint consumer accountholder, you could receive benefits from a class action settlement.**

A proposed Settlement has been reached with Sprint in a class action lawsuit, *Eric Burkwell, et al., v. Sprint Communications Company, L.P., et al.*, Case No. 4:09-CV-56 (CDL), United States District Court for the Middle District of Georgia, wherein the Plaintiffs allege that Sprint improperly disclosed and/or charged certain monthly surcharges that Sprint collects from its customers to help defray certain costs, including but not limited to, costs associated with government programs and network connections ("Sprint Surcharges"). Sprint denies all of the claims. The Court has not decided which side is right.

The Settlement Class includes all current and former consumer accountholders of Sprint or Sprint Nextel-branded services who, from January 1, 2007 to October 6, 2013, were charged or subject to Sprint Surcharges. The Settlement Class does not include governmental or corporate accounts.

There is also a sub-class ("Fee Notice Sub-Class") that is limited to current and former consumer accountholders who were subject to Sprint Surcharges, who did not receive notice of Sprint Surcharge increases, and who generally fall into one or more of the following categories: (i) opened their account between November 11, 2007 - December 31, 2007, (ii) were on suspension on November 11, 2007, but were subsequently reinstated, (iii) opened their account between October 5, 2008 - December 31, 2008, (iv) were on suspension on October 5, 2008, but were subsequently reinstated, (v) opened their account between November 9, 2009 - December 31, 2009, (vi) were on suspension on November 9, 2009, but were subsequently reinstated, or (vii) opened their account at a Sprint retail store at any time during 2009. There are approximately 2.3 million members in this Sub-Class.

All Settlement Class Members will receive the Prospective Relief set forth in the Settlement Agreement, which includes changes to the manner in which Sprint Surcharges are disclosed. Fee Notice Sub-Class Members will also have the option of selecting a Cash Benefit of up to $1.00 per qualifying account OR one of the following Non-Cash Benefits: (i) a 30-minute long distance, domestic calling card; (ii) a 30% discount on any accessory purchased at a Sprint-owned retail store, limited to one accessory; or (iii) a waiver of the $36 activation fee when activating a new line of service under Sprint's then-existing Terms & Conditions of Services if the Claimant is eligible under Sprint's activation and credit policies.

If you are a member of the Settlement Class, you have certain rights and options, such as requesting exclusion from the Settlement, or objecting to the Settlement. Fee Notice Sub-Class Members also can submit a Claim online at www.sprintsurchargesettlement.com or by mail. The Claim Deadline is March 24, 2014. As part of the Settlement, Class Counsel will request attorneys' fees/expenses of no more than $500,000, and incentive awards for the Class Representatives of no more than $10,000. Attorneys' fees, expenses, and incentive awards will be paid by Sprint and will not affect the Settlement Benefits to the Settlement Class or Fee Notice Sub-Class under the Settlement.

IF YOU DO NOT WISH TO BE PART OF, OR IF YOU WISH TO OBJECT TO, THIS SETTLEMENT, you may exclude yourself or file an objection with the Court. To exclude yourself, you must mail a Request for Exclusion, postmarked no later than February 24, 2014 to Gilardi & Co. LLC, P.O. Box 6002, Larkspur, CA 94977-6002. If you do not submit a written Request for Exclusion, you will be bound by the Final Approval Order and Judgment entered in the Action. To object to the Settlement, you must file an objection with the Court by no later than February 24, 2014. The Court, located at 120 12th Street, Columbus, GA 31902, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to Class Counsel and what incentive payments should be awarded to the Class Representatives. The Final Approval Hearing is presently scheduled for April 10, 2014, but may be changed. Any Settlement Class Member may enter an appearance with the Court. If you have already submitted a Claim, or excluded yourself from the Settlement, you need not take any further action.

THIS IS ONLY A SUMMARY NOTICE. A more complete description of this Action and Settlement, including the specific steps you must take to exclude yourself from the Settlement Class, claim Settlement Benefits, or object to the Settlement, is contained in the Long Form Notice. You may review the Long Form Notice at www.sprintsurchargesettlement.com, and a written request for a copy to Gilardi & Co. LLC, P.O. Box 808003, Petaluma, CA 94975-8003, or call 1-866-571-4407. Please do not contact the Court or Sprint. Capitalized terms used herein are defined in the Settlement Agreement.

*Legal Notice*

**If You Used a Credit or Debit Card at a Southwest Airlines Ticket or Cargo Counter, You Could Benefit From a Settlement.**

A Settlement has been proposed in two related class action lawsuits with Southwest Airlines Co. ("Southwest") over printed receipts that contained credit and debit card expiration dates. The Settlement provides payments to class members who submit valid claims. Southwest Airlines Co. denies it did anything wrong. Both sides agreed to a Settlement to avoid the uncertainty and cost of a trial, and provide benefits to class members. The Court has not decided in favor of either side. For detailed information, go to www.SouthwestFACTASettlement.com.

**Am I Included?**
You are included if you used a credit or debit card to make an individual, non-business related purchase or transaction at a Southwest airport ticket counter between October 17, 2007 and October 30, 2012 or a cargo counter between October 17, 2007 and January 25, 2013 and received a printed receipt.

**What Can I Receive?**
Southwest has agreed to create a Settlement Fund of $1,800,000. After fees and costs are deducted, the Settlement Fund will be divided equally among all class members who submit a valid Claim Form and do not exclude themselves from the Settlement.

**Do I Need to File a Claim Form to Receive Benefits?**
You must submit a Claim Form by mail or electronically by **February 5, 2014** to get benefits. The Claim Form is available at the website below.

**Do I Need To Hire A Lawyer to Participate in the Settlement?**
No. The Court has appointed Eric A. Grover of Keller Grover LLP, Daniel F. Gaines of Gaines & Gaines, APLC, and Todd D. Carpenter of Carpenter Law Group to represent you and other class members, as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**What Are My Other Options?**
You have the option of (1) excluding yourself from the Settlement or (2) objecting to the Settlement. If you do nothing, your rights will be affected. If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 5, 2014**. Otherwise, you will not be able to sue Southwest later about the legal claims in this case. If you exclude yourself, you cannot get benefits from this Settlement. If you stay in the Settlement, you may object to it by **February 5, 2014**. The detailed notice available at the website below explains how to exclude yourself or object.

The Court will hold a hearing on **March 14, 2014** to consider whether to approve the Settlement and attorneys' fees and costs of up to $465,000. You can appear at the hearing, but you do not have to. You can hire your own attorney, or your own expense, to appear at the hearing at your own expense.

**For more information and a Claim Form:**
**1-800-616-1479    www.SouthwestFACTASettlement.com**

Do you have a business, real estate, or travel opportunity to market?
Do you have a product to sell or service to offer?

**USA TODAY'S MARKETPLACE TODAY**

is the answer, offering a variety of sizes and
frequency rates to fit your budget.

For more information, contact us today: **1-800-397-0070**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

EXHIBIT C

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-12-5978-CRB

Case No. C-13-1429-CRB

**DECLARATION OF APRIL HYDUK**

## LEGAL NOTICE

**If you made a non-business related credit or debit card purchase or transaction at a Southwest Airlines Co. airport ticket counter between October 17, 2007 and October 30, 2012 or a cargo counter between October 17, 2007 and January 25, 2013 and received a printed receipt, you may be entitled to benefits as part of a class action settlement.**

### What's This About and Who's Included?

A settlement has been proposed in two related class action lawsuits alleging that Southwest Airlines Co. willfully printed credit card and debit card expiration dates on certain customer receipts. The settlement will provide benefits to any Class member who used a credit or debit card to make an individual, non-business related purchase or transaction at a Southwest airport ticket counter between October 17, 2007 and October 30, 2012 or a cargo counter between October 17, 2007 and January 25, 2013 and received a printed receipt. The United States District Court for the Northern District of California, the Honorable Judge Charles R. Breyer presiding, authorized this notice to inform Class Members of the proposed settlement and their options. If you qualify, you may submit a Claim Form to get benefits, or you can exclude yourself from, or object to, the Settlement.

### Why is There a Settlement?

Both sides agreed to a settlement to avoid the uncertainty and cost of a trial, and provide benefits to Class Members. The Court did not decide in favor of Plaintiffs or Defendant and Southwest Airlines Co. denies any liability or wrongdoing of any kind associated with the claims asserted in this class action.

### What Does the Settlement Provide?

Southwest Airlines Co. has agreed to create a Settlement Fund of $1,800,000 which, after fees and costs are deducted, will be divided equally among all Class Members who timely submit a valid Claim Form and do not exclude themselves from the Settlement. A detailed Notice and Settlement Agreement, available at the website listed below, describe all of the details about the proposed Settlement.

### How Do I Ask For My Share of the Settlement?

You need to accurately complete and return a Claim Form by mail or electronically. Just call or visit the website below to get a Claim Form or file a claim electronically. **Claim Forms are due by February 5, 2014.**

### Do I Need To Hire A Lawyer to Participate in the Settlement?

No. The Court has appointed Eric A. Grover of Keller Grover LLP, Daniel F. Gaines of Gaines & Gaines, APLC, and Todd D. Carpenter of Carpenter Law Group to represent you and other Class Members, as Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### What Are My Other Options?

You have the option of (1) excluding yourself from the Settlement or (2) objecting to the Settlement. If you don't want to be legally bound by the Settlement, you must exclude yourself by February 5, 2014 or you won't be able to sue Southwest Airlines Co. about the legal claims in this case. If you exclude yourself, you can't get benefits from this settlement. If you stay in the Settlement, you may object to it by February 5, 2014. The detailed notice explains how to exclude yourself or object.

The Court will hold a hearing (in the two related cases *Robert Miller v. Southwest Airlines Co., Case No. C12-5978 CRB, and Jamie Lumos v. Southwest Airlines Co., Case No. C13-1429 CRB*) on March 14, 2014, to consider whether to approve the Settlement and a request by the lawyers representing all Class Members for up to $450,000 in attorneys' fees and $15,000 in costs for investigating the facts, litigating the case, and negotiating the Settlement. You may ask to appear at the hearing, but you don't have to. For more information, call toll free 1-800-616-1479, visit the website www.SouthwestFACTASettlement.com, or write to Southwest Airlines Co. Settlement Administrator, P.O. Box 3059, Faribault, MN 55021-2659

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT D

8

**DECLARATION OF APRIL HYDUK**

# Exclusion Report

01/27/2014 03:16 PM

PROJECT:  Miller v Southwest Airlines  -  Database:  SWA

Page 1 of 1

Report Criteria: None

Report ID :EXC15000

| EXCL ID | FULL NAME |
|---------|-----------|
| 1 | ZACHARY ENGLE |
| 2 | JULIE K MOEN |
| 3 | KERI ALTIG |

TOTAL NUMBER OF EXCLUSIONS: 3

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

1

2

3

4

5

6

7

8

9

10

11

12                                   EXHIBIT E

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 11/26/13 |
| INVOICE #: | 138825 |
| MATTER #: | 4088 |

**TO:** Eric A. Grover
Ketter Grover LLP
1965 Market Street
San Francisco, CA  94103
eagrover@kellergrover.com

| PROJECT |
|---|
| *Miller v Southwest Airlines* |
| *Claims Administration Services from Inception through October 31, 2013* |

| | | |
|---|---|---:|
| Class Data Management | $ | 4,000.00 |
| Legal Notification | | 83,986.14 |
| Call Center | | 1,507.27 |
| Project Management & Reporting | | 3,107.24 |
| CAFA Notice | | 2,548.90 |
| Develop Online Claim Filing Screens | | 7,572.65 |
| Expenses: Other Charges and Out-of-Pocket Costs | | 1,920.69 |
| Total Invoice | $ | 104,642.89 |
| Credit | $ | (82,498.00) |
| Total Due | $ | 22,144.89 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | DATE: | 11/26/13 |
|---|---|---|
| | INVOICE #: | 138825 |
| | MATTER #: | 4088 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Class Data Management

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Receive and Process Database | 1 | 4,000 | 4,000.00 |
| | | **SUBTOTAL** | **4,000.00** |

### Legal Notification

**INITIAL NOTICE**

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Send Email Notice | 3,723,814 | 0.01 | 37,238.14 |

**PUBLISHED NOTICE**

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Publication | | | 44,748.00 |

**WEBSITE**

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Setup and Load Documents | 1 | 1,500 | 1,500.00 |
| Monthly Maintenance - Online Claim Filing Period | 1 | 500 | 500.00 |
| | | **SUBTOTAL** | **83,986.14** |

### Fully Automated Call Center

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Set-up | 1 | 1,500 | 1,500.00 |
| Interactive Voice Response (Q&A only) | 15 | 0.49 | 7.27 |
| | | **SUBTOTAL** | **1,507.27** |

```
                                        Inv#    113437
                                        Date    Nov 26, 2013
                                        Client Number  4088


Re:   SWA - Project Management & Reporting                408806

For Professional Services Rendered:


     TIMEKEEPER                 RATE     HOURS        FEES
     April Hyduk          AH   192.00    6.60     1,267.20
     Patricia Ernste      PE   164.00    0.25        41.00
     Paul Vedder          PV   142.00    9.97     1,415.74
     Robin Niemiec        RN   199.00    1.20       238.80
     Roso Suarez          RS   185.00    0.40        74.00
     Shannon Marks        SM   141.00    0.50        70.50

Total Fees:                                       3,107.24


     10/15/13  SM   Pre-Matter Planning                0.50        70.50
     10/15/13  RN   Project Planning & Kickoff         0.90       179.10
     10/16/13  RN   Project Planning & Kickoff         0.30        59.70
     10/17/13  PV   Pre-Matter Planning                2.25       319.50
     10/17/13  PV   Client Inquiries & Reporting       0.15        21.30
     10/17/13  PV   Call Center Scripting              1.32       187.44
     10/22/13  AH   Pre-Matter Planning                2.80       537.60
     10/23/13  PV   Pre-Matter Planning                1.09       154.78
     10/23/13  PV   IVR Development & Updates           0.29        41.18
     10/28/13  PE   Conference Calls/Project Meetings   0.25        41.00
     10/28/13  AH   Project Planning & Kickoff         3.00       576.00
     10/28/13  RS   Conference Calls/Project Meetings   0.40        74.00
     10/28/13  PV   Call Center Scripting              0.04         5.68
     10/28/13  PV   Pre-Matter Planning                0.85       120.70
     10/29/13  PV   IVR Development & Updates           1.59       225.78
     10/30/13  AH   Conference Calls/Project Meetings   0.80       153.60
     10/30/13  PV   Conference Calls/Project Meetings   0.06         8.52
     10/30/13  PV   Conference Calls/Project Meetings   1.73       245.66
     10/31/13  PV   Client Inquiries & Reporting       0.60        85.20



Total Services                                        3,107.24



Total Expenses                                             .00
                                                  --------------
```

```
Inv#      113437
Date      Nov 26, 2013
Client Number  4088
```

Total This Matter                                          3,107.24
                                                      --------------

```
                                    Inv#    113437
                                    Date    Nov 26, 2013
                                    Client Number  4088


Re:    SWA - CAFA Notice                          408818

For Professional Services Rendered:


    TIMEKEEPER                 RATE        HOURS        FEES
    Brooke Swanson      BS    90.00        3.25       292.50
    Kim Damlo           KD    90.00        1.00        90.00
    Mike Heuring        MH   142.00       10.00     1,420.00
    Paul Vedder         PV   142.00        2.15       305.30
    Robin Niemiec       RN   199.00        0.40        79.60
    Scott Kimber        SK   121.00        1.50       181.50
    Sean Combs          SC    90.00        2.00       180.00

Total Fees:                                         2,548.90


 10/16/13  MH   CAFA Notice                 1.75       248.50
 10/16/13  RN   CAFA Notice                 0.40        79.60
 10/17/13  KD   CAFA Notice                 1.00        90.00
 10/17/13  SC   CAFA Notice                 1.00        90.00
 10/18/13  MH   CAFA Notice                 0.75       106.50
 10/22/13  MH   CAFA Notice                 1.00       142.00
 10/22/13  PV   CAFA Notice                 0.50        71.00
 10/25/13  MH   CAFA Notice                 0.75       106.50
 10/25/13  PV   CAFA Notice                 0.42        59.64
 10/28/13  MH   CAFA Notice                 0.75       106.50
 10/29/13  SC   CAFA Notice                 1.00        90.00
 10/29/13  MH   CAFA Notice                 2.00       284.00
 10/29/13  BS   CAFA Notice                 1.00        90.00
 10/29/13  PV   CAFA Notice                 0.18        25.56
 10/30/13  MH   CAFA Notice                 2.00       284.00
 10/30/13  BS   CAFA Notice                 0.50        45.00
 10/30/13  SK   CD/DVD/Media Creation       1.50       181.50
 10/30/13  PV   CAFA Notice                 0.20        28.40
 10/31/13  MH   CAFA Notice                 1.00       142.00
 10/31/13  BS   CAFA Notice                 1.75       157.50
 10/31/13  PV   CAFA Notice                 0.85       120.70


Total Services                                      2,548.90
```

```
                              Inv#     113437
                              Date     Nov 26, 2013
                              Client Number  4088
```

```
Total Expenses                                    .00
                                       --------------

Total This Matter                            2,548.90
                                       --------------
```

```
                                   Inv#     113437
                                   Date     Nov 26, 2013
                                   Client Number  4088


Re:    SWA - Develop Online Claim Filing Screens            408823

For Professional Services Rendered:


     TIMEKEEPER              RATE      HOURS         FEES
     Angela Hernandez    AH   142.00    0.94       133.48
     April Hyduk         AH   192.00    1.70       326.40
     Carol Osborne       CO   141.00    1.61       227.01
     Connie Shackle      CS   200.00    4.25       850.00
     Greg Brown          GSB  141.00    1.20       169.20
     Hai Bui             HB   141.00    0.50        70.50
     Josh Barse          JB   206.00   10.25     2,111.50
     Mike Cole           MC   206.00    0.60       123.60
     Paul Vedder         PV   142.00   17.13     2,432.46
     Roso Suarez         RS   185.00    6.10     1,128.50

Total Fees:                                      7,572.65


10/16/13  PV   Dynamic Website Layout, Design &    2.26    320.92
               Specs
10/17/13  RS   Dynamic Website Development          1.20    222.00
10/17/13  PV   Dynamic Website Layout, Design &    0.42     59.64
               Specs
10/18/13  JB   Dynamic Website Development          4.00    824.00
10/22/13  JB   Dynamic Website Development          1.00    206.00
10/22/13  PV   Website Modifications               0.18     25.56
10/23/13  PV   Website Modifications               1.94    275.48
10/24/13  RS   Website Modifications               1.00    185.00
10/24/13  PV   Website Modifications               2.66    377.72
10/25/13  JB   Dynamic Website Development          1.00    206.00
10/25/13  RS   Conference Calls/Project Meetings   0.50     92.50
10/25/13  RS   Website Modifications               1.00    185.00
10/25/13  CS   Dynamic Website - Quality Assurance 0.50    100.00
10/25/13  AH   Website Modifications               0.94    133.48
10/25/13  PV   Website Modifications               5.30    752.60
10/28/13  GSB  Website Modifications               0.30     42.30
10/28/13  CS   Dynamic Website - Quality Assurance 3.00    600.00
10/28/13  PV   Website Modifications               0.88    124.96
10/29/13  GSB  Website Modifications               0.20     28.20
10/29/13  GSB  Website Modifications               0.30     42.30
10/29/13  GSB  Website Modifications               0.20     28.20
10/29/13  GSB  Website Modifications               0.20     28.20
10/29/13  MC   Dynamic Website - Quality Assurance 0.60    123.60
10/29/13  JB   Dynamic Website Development          4.00    824.00
```