```
                                        Inv#      113437
                                        Date      Nov 26, 2013
                                        Client Number  4088
        10/29/13  AH   Dynamic Website Layout, Design &    1.70      326.40
                       Specs
        10/29/13  RS   Dynamic Website Development         1.20      222.00
        10/29/13  RS   Website Modifications               0.50       92.50
        10/29/13  CO   Dynamic Website - Quality Assurance 1.30      183.30
        10/29/13  CO   Dynamic Website - Quality Assurance 0.31       43.71
        10/29/13  CS   Dynamic Website - Quality Assurance 0.75      150.00
        10/29/13  HB   Website Modifications               0.50       70.50
        10/29/13  PV   Website Modifications               3.27      464.34
        10/30/13  JB   Dynamic Website Development         0.25       51.50
        10/30/13  RS   Website Modifications               0.30       55.50
        10/30/13  RS   Website Modifications               0.40       74.00
        10/30/13  PV   Website Modifications               0.22       31.24


        Total Services                                            7,572.65



        Total Expenses                                                 .00
                                                              --------------
        Total This Matter                                         7,572.65
                                                              --------------
```

```
                                        Inv#      113437
                                        Date      Nov 26, 2013
                                        Client Number  4088
```

```
Re:   SWA - Expenses                                    408890

For Professional Services Rendered:




Expense Detail:

Reference   Date   Description                            Amount
---------   ----   -----------                            ------

        Call Center/Telecommunications
              10/31/13  Conference Calls 68.85 Minutes        26.85
              10/31/13  IVR System Charge                    250.00
                                           Subtotal          276.85

        Shredding/Storage
              10/31/13  Data Storage October 2013              5.26
                                           Subtotal            5.26

        Photocopies/Faxing/Printing
              10/31/13  Photocopies/Faxing/Printing           33.60
                                           Subtotal           33.60

        Post Office Box Rental
147029        10/21/13  Post Office Box Rental             1,140.00
                                           Subtotal        1,140.00

        Website Hosting
              10/30/13  SSL Certificate                      399.00
              10/30/13  Domain Registration                   65.98
                                           Subtotal          464.98


Total Expenses                                            1,920.69
                                                        --------------

Total This Matter                                         1,920.69
                                                        --------------
```



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   **I**   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 12/31/13 |
| INVOICE #: | 138913 |
| MATTER #: | 4088 |

**TO:**  Eric A. Grover
Ketter Grover LLP
1965 Market Street
San Francisco, CA  94103
eagrover@kellergrover.com

| PROJECT |
|---|
| *Miller v Southwest Airlines* |
| *November 2013 Claims Administration Services* |

| | | |
|---|---|---|
| Legal Notification | $ | 5,597.84 |
| Claims Processing | | 749.18 |
| Call Center | | 719.57 |
| Project Management & Reporting | | 2,685.69 |
| Technical Consulting | | 1,624.24 |
| Expenses: Other Charges and Out-of-Pocket Costs | | 803.46 |
| Total Invoice | $ | 12,179.98 |
| Outstanding Invoice(s) | $ | 22,144.89 |
| Total Due | $ | 34,324.87 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  | DATE: | 12/31/13 |
|---|---|---|
|  | INVOICE #: | 138913 |
|  | MATTER #: | 4088 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     November 2013 Claims Administration Services

| Total Current Invoice | $ | 12,179.98 |
|---|---|---|

OUTSTANDING INVOICES:

| | Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|---|
| | 11/26/13 | 113437 | 104,642.89 | (82,498.00) | 22,144.89 |

| PREVIOUS BALANCE DUE | $ | 22,144.89 |
|---|---|---|

| Total Amount Due | $ | 34,324.87 |
|---|---|---|

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



|  | DATE: | 12/31/13 |
|---|---|---|
|  | INVOICE #: | 138913 |
|  | MATTER #: | 4088 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Legal Notification
FOLLOW-UP TO INITIAL NOTICE

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Print and Mail - Individual Notice Requests | 144 | 2.00 | 288.00 |

WEBSITE

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Monthly Maintenance - Online Claim Filing Period | 1 | 500 | 500.00 |
| | | **SUBTOTAL** | **788.00** |

### Claims Processing
OPT-OUTS AND CORRESPONDENCE

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Receipt | 4 | 1.00 | 4.00 |
| Process | 4 | 5.50 | 22.00 |

HARD COPY CLAIM FORMS

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Receipt | 39 | 0.75 | 29.25 |
| Data Capture | 39 | 1.50 | 58.50 |
| Setup | 39 | 0.07 | 2.73 |

ONLINE CLAIM FORMS

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Download Forms from Website & Update Database | 3,706 | 0.15 | 555.90 |
| | | **SUBTOTAL** | **672.38** |

### Fully Automated Call Center

| | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| Interactive Voice Response (Q&A only) | 1,419 | 0.49 | 695.16 |
| Notice Requests | 4 | 1.40 | 5.60 |
| 800# Charges | 156.7 | 0.12 | 18.81 |
| | | **SUBTOTAL** | **719.57** |

| HOURLY | | | TOTAL ($) |
|---|---|---|---|

### Legal Notification
FOLLOW-UP TO INITIAL NOTICE

| | TOTAL ($) |
|---|---|
| Email Notification | 2,503.68 |
| Follow-Up Notice | 117.36 |
| CAFA Notice | 366.36 |

WEBSITE

| | TOTAL ($) |
|---|---|
| Develop Online Claim Filing Screens | 1,822.44 |
| **SUBTOTAL** | **4,809.84** |

### Claims Processing

| | TOTAL ($) |
|---|---|
| Claims Validation & Audits | 76.80 |
| **SUBTOTAL** | **76.80** |

### Fees

| | TOTAL ($) |
|---|---|
| Project Management | 2,685.69 |
| Technical Consulting | 1,624.24 |
| **SUBTOTAL** | **4,309.93** |

```
Inv#      138913
Date      Dec 31, 2013
Client Number  4088
```

Re:    SWA - Email Notification                        408812

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 0.80 | 153.60 |
| Brittany Flom | BF | 141.00 | 8.05 | 1,135.05 |
| Carol Osborne | CO | 141.00 | 1.49 | 210.09 |
| Derrick Wersal | DW | 141.00 | 0.84 | 118.44 |
| Mark Seubert | MS | 175.00 | 1.60 | 280.00 |
| Paul Vedder | PV | 142.00 | 3.75 | 532.50 |
| Roso Suarez | RS | 185.00 | 0.40 | 74.00 |

Total Fees:                                            2,503.68

Total Services                                         2,503.68

Total Expenses                                              .00
                                              --------------

Total This Matter                                      2,503.68
                                              --------------

```
                                    Inv#     138913
                                    Date     Dec 31, 2013
                                    Client Number  4088




Re:    SWA - Follow Up Notice                            408813

For Professional Services Rendered:


     TIMEKEEPER            RATE       HOURS          FEES
     Brittany Flom    BF   141.00     0.25           35.25
     Derrick Wersal   DW   141.00     0.25           35.25
     Paul Vedder      PV   142.00     0.33           46.86

Total Fees:                                         117.36




Total Services                                     117.36




Total Expenses                                        .00
                                               --------------

Total This Matter                                  117.36
                                               --------------
```

```
                                    Inv#     138913
                                    Date     Dec 31, 2013
                                    Client Number  4088



Re:    SWA - CAFA Notice                              408818

For Professional Services Rendered:


      TIMEKEEPER               RATE      HOURS          FEES
      Mike Heuring       MH   142.00      0.25         35.50
      Paul Vedder        PV   142.00      2.33        330.86

Total Fees:                                           366.36




Total Services                                        366.36




Total Expenses                                           .00
                                                --------------
Total This Matter                                     366.36
                                                --------------
```

```
                              Inv#     138913
                              Date     Dec 31, 2013
                              Client Number  4088
```

Re:   SWA - Develop Online Claim Filing Screens              408823

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Carol Osborne | CO | 141.00 | 2.16 | 304.56 |
| Christopher Townes | CT | 200.00 | 2.00 | 400.00 |
| Greg Brown | GSB | 141.00 | 1.40 | 197.40 |
| Gregory Sartor | GWS | 185.00 | 0.60 | 111.00 |
| Josh Barse | JB | 206.00 | 1.59 | 327.54 |
| Paul Vedder | PV | 142.00 | 1.57 | 222.94 |
| Roso Suarez | RS | 185.00 | 1.40 | 259.00 |

Total Fees:                                          1,822.44

Total Services                                       1,822.44

Total Expenses                                            .00
                                          --------------

Total This Matter                                    1,822.44
                                          --------------

```
                              Inv#     138913
                              Date     Dec 31, 2013
                              Client Number  4088
```

Re:   SWA - Claims Validation & Audits                    408836

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| April Hyduk | AH | 192.00 | 0.40 | 76.80 |

Total Fees:                                              76.80


Total Services                                           76.80


Total Expenses                                             .00
                                               --------------

Total This Matter                                        76.80
                                               --------------

```
                                Inv#     138913
                                Date     Dec 31, 2013
                                Client Number  4088



Eric A. Grover
Keller Grover LLP
1965 Market Street
San Francisco, CA  94103
eagrover@kellergrover.com


Re:    SWA - Project Management & Reporting              408806

For Professional Services Rendered:


     TIMEKEEPER                RATE      HOURS          FEES
     April Hyduk          AH   192.00     7.40      1,420.80
     Mary Schoenherr      MS   125.00     3.60        450.00
     Paul Vedder          PV   142.00     3.42        485.64
     Robin Weiss          RW    90.00     0.30         27.00
     Sylvia Nettles       SN    93.00     3.25        302.25

Total Fees:                                         2,685.69




Total Services                                      2,685.69




Total Expenses                                            .00
                                                --------------

Total This Matter                                   2,685.69
                                                --------------
```

```
Inv#      138913
Date      Dec 31, 2013
Client Number  4088
```

Re:   SWA - Technical Consulting                        408807

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Greg Brown | GSB | 141.00 | 0.10 | 14.10 |
| Hai Bui | HB | 141.00 | 0.10 | 14.10 |
| Justin Honse | JH | 164.00 | 1.20 | 196.80 |
| Kathleen Nairn | KN | 175.00 | 4.90 | 857.50 |
| Lee Anderson | LA | 141.00 | 0.40 | 56.40 |
| Nate Johnson | NKJ | 141.00 | 0.08 | 11.28 |
| Paul Vedder | PV | 142.00 | 1.18 | 167.56 |
| Roso Suarez | RS | 185.00 | 1.10 | 203.50 |
| Tim Lueder | TL | 206.00 | 0.50 | 103.00 |

Total Fees:                                           1,624.24

Total Services                                        1,624.24

Total Expenses                                             .00
                                              --------------

Total This Matter                                     1,624.24
                                              --------------

```
                              Inv#     138913
                              Date     Dec 31, 2013
                              Client Number  4088
```

Re:    SWA - Expenses                            408890

For Professional Services Rendered:

Expense Detail:

```
Reference    Date    Description                        Amount
---------    ----    -----------                        ------

       Call Center/Telecommunications
             11/30/13  Advanced Features                   0.55
             11/30/13  Conference Calls 138.92 Minutes    54.18
             11/30/13  IVR System Charge                 250.00
                                         Subtotal        304.73

       Postage/Federal Express
             11/25/13  Weekly Mail Pickup                  0.08
             11/26/13  Metered Postage; 57 pieces        287.85
                                         Subtotal        287.93

       Other
             11/30/13  Barcode Labels;2200                55.00
                                         Subtotal         55.00

       Photocopies/Faxing/Printing
             11/30/13  Photocopies/Faxing/Printing       155.80
                                         Subtotal        155.80


Total Expenses                                           803.46
                                                  ---------------

Total This Matter                                        803.46
                                                  ---------------
```



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE:           01/21/14
INVOICE #:       138960
MATTER #:        4088

**TO:** Eric A. Grover
Ketter Grover LLP
1965 Market Street
San Francisco, CA 94103
eagrover@kellergrover.com

| PROJECT |
| --- |
| *Miller v Southwest Airlines* |
| *December 2013 Claims Administration Services* |

| | |
| --- | --- |
| Legal Notification | $    731.08 |
| Claims Processing | 1,995.26 |
| Call Center | 700.91 |
| Project Management & Reporting | 2,581.39 |
| Expenses: Other Charges and Out-of-Pocket Costs | 420.78 |
| Total Invoice | $   6,429.42 |
| Outstanding Invoice(s) | $  34,324.87 |
| Total Due | $  40,754.29 |

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | | |
|---|---|---|
| DATE: | 01/21/14 |
| INVOICE #: | 138960 |
| MATTER #: | 4088 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     December 2013 Claims Administration Services

| Total Current Invoice | $ | 6,429.42 |
|---|---|---|

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 11/26/13 | 113437 | 104,642.89 | (82,498.00) | 22,144.89 |
| 12/31/13 | 138913 | 12,179.98 | | 12,179.98 |

| PREVIOUS BALANCE DUE | $ | 34,324.87 |
|---|---|---|

| Total Amount Due | $ | 40,754.29 |
|---|---|---|

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**RUST**
**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589



| | | | |
|---|---|---|---|
| DATE: | | | 01/21/14 |
| INVOICE #: | | | 138960 |
| MATTER #: | | | 4088 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Legal Notification
**WEBSITE**

| | | | |
|---|---|---|---|
| Monthly Maintenance - Online Claim Filing Period | 1 | 500 | 500.00 |
| | | SUBTOTAL | **500.00** |

### Claims Processing
**OPT-OUTS AND CORRESPONDENCE**

| | | | |
|---|---|---|---|
| Receipt | 4 | 1.00 | 4.00 |
| Process | 4 | 5.50 | 22.00 |

**HARD COPY CLAIM FORMS**

| | | | |
|---|---|---|---|
| Receipt | 133 | 0.75 | 99.75 |
| Data Capture | 133 | 1.50 | 199.50 |
| Setup | 133 | 0.07 | 9.31 |

**ONLINE CLAIM FORMS**

| | | | |
|---|---|---|---|
| Download Forms from Website & Update Database | 8,460 | 0.15 | 1,269.00 |
| | | SUBTOTAL | **1,603.56** |

### Fully Automated Call Center

| | | | |
|---|---|---|---|
| Interactive Voice Response (Q&A only) | 739 | 0.49 | 362.21 |
| Notice Requests | 92 | 1.40 | 128.80 |
| 800# Charges | 1,749.1 | 0.12 | 209.90 |
| | | SUBTOTAL | **700.91** |

| HOURLY | | | TOTAL ($) |
|---|---|---|---|

### Legal Notification
**FOLLOW-UP TO INITIAL NOTICE**

| | | |
|---|---|---|
| Email Notification | | 35.25 |
| Follow-Up Notice | | 100.43 |
| CAFA Notice | | 95.40 |
| | SUBTOTAL | **231.08** |

### Claims Processing

| | | |
|---|---|---|
| Claims Validation & Audits | | 391.70 |
| | SUBTOTAL | **391.70** |

### Fees

| | | |
|---|---|---|
| Project Management | | 2,581.39 |
| | SUBTOTAL | **2,581.39** |

```
                                    Inv#     138960
                                    Date     Jan 21, 2014
                                    Client Number  4088



Re:    SWA - Email Notification                    408812

For Professional Services Rendered:

    TIMEKEEPER              RATE        HOURS          FEES
    Brittany Flom      BF   141.00      0.25          35.25

Total Fees:                                          35.25




Total Services                                       35.25




Total Expenses                                         .00
                                              --------------

Total This Matter                                    35.25
                                              --------------
```

```
                                    Inv#     138960
                                    Date     Jan 21, 2014
                                    Client Number  4088
```

Re:    SWA - Follow Up Notice                        408813

For Professional Services Rendered:

```
   TIMEKEEPER              RATE       HOURS         FEES
   Lucretia Hassing    LH  121.00      0.83        100.43
```

Total Fees:                                         100.43

Total Services                                      100.43

Total Expenses                                          .00
                                               --------------
Total This Matter                                   100.43
                                               --------------

```
Inv#      138960
Date      Jan 21, 2014
Client Number  4088
```

Re:    SWA - CAFA Notice                                    408818

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Brooke Swanson | BS | 90.00 | 1.06 | 95.40 |

Total Fees:                                                   95.40


Total Services                                               95.40


Total Expenses                                                 .00
                                                      --------------

Total This Matter                                            95.40
                                                      --------------

```
                                        Inv#     138960
                                        Date     Jan 21, 2014
                                        Client Number  4088



Re:    SWA - Claims Validation & Audits                  408836

For Professional Services Rendered:


     TIMEKEEPER                  RATE      HOURS        FEES
     Justin Honse         JH   164.00       0.70      114.80
     Paul Vedder          PV   142.00       1.95      276.90

Total Fees:                                           391.70




Total Services                                        391.70




Total Expenses                                           .00
                                                 --------------
Total This Matter                                     391.70
                                                 --------------
```

```
                                  Inv#     138960
                                  Date     Jan 21, 2014
                                  Client Number  4088



Eric A. Grover
Keller Grover LLP
1965 Market Street
San Francisco, CA  94103
eagrover@kellergrover.com


Re:   SWA - Project Management & Reporting              408806

For Professional Services Rendered:


      TIMEKEEPER                  RATE       HOURS          FEES
      April Hyduk          AH   192.00        3.60        691.20
      Chandra Ramsaran     CR    90.00        0.70         63.00
      Jackie Jostock       JJ    88.00        0.08          7.04
      Mary Schoenherr      MS   125.00        1.50        187.50
      Paul Vedder          PV   142.00       10.55      1,498.10
      Sylvia Nettles       SN    93.00        1.35        125.55
      Travis Duarte        TD    90.00        0.10          9.00

Total Fees:                                             2,581.39




Total Services                                          2,581.39




Total Expenses                                               .00
                                                  --------------

Total This Matter                                       2,581.39
                                                  --------------
```

```
                              Inv#      138960
                              Date      Jan 21, 2014
                              Client Number  4088
```

Re:   SWA – Expenses                                    408890

For Professional Services Rendered:

Expense Detail:

```
Reference    Date    Description                            Amount
---------    ----    -----------                            ------

        Call Center/Telecommunications
            12/31/13  Long Distance 3.1 Canadian Minutes          3.10
            12/31/13  IVR System Charge                         250.00
                                          Subtotal    253.10

        Postage/Federal Express
            12/22/13  Weekly Mail Pickup                          3.97
                                          Subtotal      3.97

        Shredding/Storage
            12/31/13  Data Storage December 2013                 53.41
                                          Subtotal     53.41

        Other
            12/31/13  Document Labels;100                         2.50
                                          Subtotal      2.50

        Photocopies/Faxing/Printing
            12/31/13  Photocopies/Faxing/Printing               107.80
                                          Subtotal    107.80


Total Expenses                                         420.78
                                                    --------------

Total This Matter                                     420.78
                                                    --------------
```