1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  **KELLER GROVER LLP**
   1965 Market Street
3  San Francisco, California 94103
   Telephone:     (415) 543-1305
4  Facsimile:      (415) 543-7861

5  Attorneys for Plaintiff
   ROBERT MILLER on behalf of himself and
6  others similarly situated

7  TODD D. CARPENTER (SBN 234464)
   todd@carpenterlawyers.com
8  **CARPENTER LAW GROUP**
   432 West Broadway, 29th Floor
9  San Diego, CA  92101
   Telephone:     (619) 347-3517
10 Facsimile:      (619) 756-6990

11 Attorneys for Plaintiff
   JAMIE LUMOS on behalf of herself and
12 others similarly situated

13                 **IN THE UNITED STATES DISTRICT COURT**

14                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                            **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| 17  ROBERT MILLER, on behalf of himself and all others similarly situated, | Case No. C-12-5978-CRB<br>Case No. C-13-1429-CRB |
| 18                  Plaintiff, | <u>CLASS ACTIONS</u> |
| 19        vs. | CONSOLIDATED FOR DISCOVERY PURPOSES ONLY |
| 20  SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1 through 20, inclusive, | **Declaration of April Hyduk from Rust Consulting, Inc. re Motion for Final Approval of Class Action Settlement** |
| 21                  Defendants. | |
| 22 | Date:     March 14, 2014 |
| 23  JAMIE LUMOS, on behalf of herself and all others similarly situated, | Time:     10:00 a.m.<br>Ctrm:     6, 17th Floor<br>Judge:    Hon. Charles R. Breyer |
| 24                  Plaintiff, | |
| 25        vs. | |
| 26  SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 20, inclusive, | |
| 27                  Defendants. | |

## DECLARATION OF APRIL HYDUK

I, April Hyduk, declare as follows:

1. I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

2. I submit this Declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the status of claims administration to date, the dissemination and processing of the Proof of Claim Forms ("Claim Forms" or "Paper Claim Forms" or "Online Claims") and the calculation for and distribution of the Net Settlement Fund (the "Settlement Fund") to the Settlement Class.

## **CLAIMS ADMINISTRATION SERVICES PROVIDED BY RUST**

3. The services provided by Rust in this Action to date and to be provided in connection with final approval were described in detail in the Declaration of April Hyduk dated January 29, 2014 filed in connection with Plaintiffs motion for attorneys' fees and costs. *See* Docket No. 42.

4. Among other things, Rust provided notice about the Action to potential Class Members and processed, evaluated, and audited completed and submitted Claim Forms. Rust will calculate the *pro rata* share for each Class Member who filed a valid and timely claim and distribute the Net Settlement Fund to the Claimants upon this Court's final approval.

**CLAIMS RECEIVED**

5.      As of February 17, 2014, Rust has received 19,710 Claims.  Of these, 18,532 appear to be valid and timely.  Per the Settlement Agreement, Rust processed Claims received through February 5, 2014 as timely.  Rust also received and processed an additional 104 Claims received after February 5, 2014, which were considered timely based on agreement between counsel for the parties.

**CLAIMS VALIDATION PROCESS**

6.      Rust audited/reviewed each Claim Form received to determine whether it was valid and included all required information. Rust identified 12 Claim Forms that, as submitted, were deficient because they were not signed.  On or before February 21, 2014, Rust will send letters to these 12 claimants requesting a signature by March 21, 2014.  Rust also identified 1,166 Claimants whose Claim Forms were determined to be ineligible in whole or in part because:

(a)     the Claim Form was duplicative of another filed Claim Form;

(b)     the Claim Form appeared to be fraudulently filed;

7.      Rust maintains a list of potential Fraudulent Filers. This list, in excess of 300 names, is a compilation of individual and business names that have filed claims in a large number of settlements and are unable to prove their claims and/or have been investigated by government agencies.

8.      By no later than February 21, 2014, Rust will send letters to the 193 Claimants who appear to have fraudulently filed claims asking for proof of their claims.  In these situations, the Claimants will be considered ineligible unless they respond with proof by no later than March 21, 2014.

9. Assuming the Class Members who did not sign their Claim Forms cure the deficiency and none of the 193 Claimants whose Claim Forms were determined ineligible contest and validate their claim, there will be 18,544 claims eligible for payment.

**REQUESTS FOR EXCLUSION**

10. The notice provided an address for Class Members to submit requests for exclusion on or before February 5, 2014.  As of the date of this declaration, Rust has received 4 timely requests for exclusion.  No untimely requests for exclusion were received.  A list of the 4 individuals who submitted timely Requests for Exclusion is attached as **Exhibit A**.

**OBJECTIONS**

11. The notice provided an address for class members to submit objections on or before February 5, 2014.  As of the date of this declaration, Rust has not received any objections, timely or untimely.

**CLAIMS ADMINISTRATION FEES**

12. Throughout the notice and claims administration process, Rust provided to Class Counsel invoices for settlement administration fees and expenses totaling $123,252.29 for administrative fees and out-of-pocket expenses rendered from fall 2013 through January 2014.  Rust's estimate of future fees and expenses to be incurred through completion of the claims administration process total $57,383.00. These future fees include finalizing claims processing, identifying deficient claims, validating claims, sending letters to claimants to give them an opportunity to cure their deficiencies, setting up a distribution account, sending initial

and reissued payments to Claimants, filing necessary tax returns, and responding to Claimant inquiries.

**CALCULATION AND ALLOCATION OF NET SETTLEMENT FUND**

13.  As of February 17, 2014, the Net Settlement fund is estimated at approximately $1,146,121.35.  The balance reflects the gross settlement amount of $1,800,000 less the distribution of the amounts sought by Class Counsel for fees and litigation expenses, the class representative enhancement payments, and payment to Rust for its work.  Based on an estimated Net Settlement Fund of $1,146,121.35, each of the 18,544 Settlement Class members who filed valid claims will receive a payment of $61.81.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 18, 2014, at Palm Beach Gardens, Florida.

_____
April Hyduk