# EXHIBIT A

# Exclusion Report

02/18/2014 04:37 PM

PROJECT:  Miller v Southwest Airlines  -  Database:  SWA

Page 1 of 1

Report Criteria: None

Report ID :EXC15001

| EXCL ID | FULL NAME |
|---|---|
| 1 | ZACHARY ENGLE |
| 2 | JULIE K MOEN |
| 3 | KERI ALTIG |
| 4 | EMILY JEN |

TOTAL NUMBER OF EXCLUSIONS:  4

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.